# Seller Display Name

# Mooye

# Seller ID

# A382VRS2QEHFW5

amazon prime [redacted] Sewickley 15143 | All | outlet+extender | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Books | 03 : 57 : 24

**Electronics** New Arrivals | Deals | Cell Phones | Computers | TV & Video | Headphones | Office Electronics | Camera & Photo | Wearable Technology

TROND Electrical Outlet Extender wit... $23.99 Shop now
4.7 6,556
Sponsored

Electronics › Accessories & Supplies › Power Strips & Surge Protectors › Power Strips

**Purchased another variation 1 time**
Last purchased Dec 22, 2025 | Color: **White / White** | View item





Click to see full view

# Electrical Outlet Extender Stick Features 2 USB-A, USB-C and 2 AC Outlets, Extendable 6", 15.3", 24.5", 34", for Hard to Reach Spaces Use Behind Couches, Nightstands, E-Sports Desks, and More

Visit the MEIRUBY Store
4.7 (79) | Search this page

-29% $49.99
List Price: $69.99 | Price history

**Get a $150 Gift Card:** Pay $0.00 ~~$49.99~~ upon approval for Prime Visa. No annual fee.

prime
FREE Returns

Coupon price $34.99 Terms

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Color: **White**



$49.99 ~~$69.99~~ FREE Delivery Monday



$59.99 ~~$129.99~~ FREE Delivery Monday

| | |
|---|---|
| **Brand** | MEIRUBY |
| **Color** | White |
| **Total Power Outlets** | 5 |
| **Voltage** | 110 Volts |
| **Special Feature** | Foldable, Four-Pin Plug, Lightweight, Usb Slot |

## About this item

- UL/FCC Report: Electrical outlet extender stick has UL and FCC Report, featuring overload protection to ensure the safety of the power socket extender.

**Ask Rufus**

Can it be used with a power strip? | Does it have surge protection? | Is it easy to install? | Why you might like this | Compare with similar | Ask something else

$49.99
prime
FREE delivery **Monday, February 2** to Sewickley 15143. Order within 9 hrs 27 mins
**Arrives with upcoming delivery**

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Mooye |
| Returns | FREE 30-day refund/replacement |
| Customer service | Amazon |

See more

Add to List



Electrical Outlet Extender Stick...
4.9 12
$39.99

Sponsored

amazon prime [redacted] Sewickley 15143 All outlet extender EN [redacted] Account & Lists Returns & Orders 0
All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics Books 04 : 02 : 24
Electronics New Arrivals Deals Cell Phones Computers TV & Video Headphones Office Electronics Camera & Photo Wearable Technology


Power Strip Tower with Wireless Char...
4.6 2,073
$27.64
Shop now
Sponsored

Electronics › Accessories & Supplies › Power Strips & Surge Protectors › Power Strips

Last purchased Dec 22, 2025
Color: **White / White** | View order





Click to see full view

**Ask Rufus**

Can it be used outdoors? Does it have surge protection?
Is it easy to install? Why you might like this
Compare with similar Ask something else

# ʼack Electrical Outlet tender Stick Features 2 B-A, USB-C and 2 AC ıtlets, Extendable to 6", .3", 24.5", 34", for Hard Reach Spaces Use Behind uches, Nightstands, sks, and More

the MEIRUBY Store
(79) | Search this page

est price in 30 days
-54% $59.99
List Price: ~~$129.99~~ | Price history
Or $15.00 /2 weeks (x4). Select from 2 plans

**Get a $150 Gift Card:** Pay $0.00 ~~$59.99~~ upon approval for Prime Visa. No annual fee.

prime
FREE Returns
Exclusive Prime price
Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Color: **White / White**


$49.99 ~~$69.99~~ FREE Delivery Monday


$59.99 ~~$129.99~~ FREE Delivery Monday

| | |
|---|---|
| **Brand** | MEIRUBY |
| **Color** | White / White |
| **Total Power Outlets** | 5 |
| **Voltage** | 110 Volts |
| **Special Feature** | Foldable, Four-Pin Plug, Lightweight, Usb Slot |

## About this item

- UL/FCC Report: Electrical outlet extender stick has UL and FCC Report, featuring

$59.99
prime
FREE delivery **Monday, February 2** to Sewickley 15143. Order within 9 hrs 37 mins
**Arrives with upcoming delivery**

In Stock

Quantity: 1
Add to cart
Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Mooye |
| Returns | FREE 30-day refund/replacement |
| Customer service | Amazon |

See more

**Add a Protection Plan:**
- 2-Year Protection Plan for $5.99
- 3-Year Protection Plan for $7.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List



Digital Energy 15 Foot Long Sur...
4.4 332
$29.99
Sponsored

amazon prime [redacted] Sewickley 15143 All Search Amazon EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Business Amazon Basics Books Pharmacy




MEIRUBY
Making Life Simpler

MEIRUBY

Follow

HOME ELECTRIC LIGHTER TORCH LIGHTER

Search all MEIRUBY




# Electrical Outlet Extender Stick Features 2 USB-A, USB-C and 2 AC Outlets, Extendable 6", 15.3", 24.5", 34", for Hard to Reach...

4.7 79

To buy, select a **color**:

Color (2):
**Select a color**

$49.99 ~~$69.99~~ (29% off)

prime

**Get it by Monday, February 2.**

Sold by Mooye and Fulfilled by Amazon.

- UL/FCC Report: Electrical outlet extender stick has UL and FCC Report, featuring overload protection to ensure the safety of the power socket extender.

Show more

See all details




ELECTRICAL
OUTLET EXTENDER
Adjustable Multiple Sizes,
Set the Size That Suits You
34 Inch
24.5 Inch
15.3 Inch
6 Inch


EXTENDABLE IN ALL DIRECTIONS
—UP, DOWN, LEFT, AND RIGHT
—WITH FOUR ADJUSTABLE
LENGTH SETTINGS.
HORIZONTAL SOCKET
VERTICAL SOCKET
FREE COMBINATION OF FOUR
DIRECTIONS: 90°, 180°, 270°, 360°


CONVENIENT
BUILT-IN PHONE LEDGE
Plug Into an
Existing Electrical Outlet
Adjust to The
Height You Want


CAREFREE LIFE
Get rid of the trouble of insufficient sockets


INNOVATIVE
OUTLET EXTENDER
Flexible Design That Fits Anywhere
3-Prong Outlets
2-Prong Outlets
USB Type-C
USB-A Ports


TWO FIXATION METHODS
USE DAMAGE-FREE COMMANDSTRIPS
TO SECURELY AFFX TO THE WALL.
1.PRE-DRILL HOLES WITH A BIT SLIGHTLY LARGER THAN THE ANCHORS
2.GENTLY INSERT ANCHORS INTO THE HOLES
3.SECURE SCREWS WITH A SCREWDRIVER ANCHORS EXPAND AUTOMATICALLY

# Mooye

Visit the Mooye storefront

★★★★★ | **100% positive** in the last 12 months (205 ratings)



**Electrical Outlet Extender Stick F...**

$49.99

Add to cart

## About Seller

Mooye is committed to providing each customer with the highest standard of customer service.

**Have a question for Mooye?**

Ask a question

## Reviews

★★★★★ 4.9 out of 5

205 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 92% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

205 total ratings, 205 with feedback for 12 months

★★★★★ "Great deal! 2 for the price of one! Does what I needed it to do! Happy it came with two sets of batteries as well as two stands."

By Angela Wanta on January 29, 2026.

★★★★★ "My wife has a very difficult time lighting BIC lighters. This is the perfect remedy. Thank you."

By Jim Sinks on January 28, 2026.

★★★★★ "Candle lighter exactly described. It works perfect and so easy to charge."

By Susan Adami on January 27, 2026.

★★★★★ "My wife loves it thank you"

By BOB on January 26, 2026.

★★★★★ "Love!"

By Heather E. on January 24, 2026.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Hainanxingmaokejiyouxiangongsi

**Business Address:**

海南省海口市龙华区城西镇椰海大道342号
二栋2楼203房
海口市
海南省

570216
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

### Get to Know Us

- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

### Make Money with Us

- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

### Amazon Payment Products

- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

### Let Us Help You

- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Information about the FTC Prime settlement
- Registry & Gift List
- Help

amazon English United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads

IMDb
Movies, TV & Celebrities

IMDbPro

Kindle Direct Publishing

Amazon Photos

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

amazon prime [redacted] Sewickley 15143 Mooye Search Amazon EN [redacted] Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics Books Pharmacy Today's Deals Best Sellers

1-16 of 31 results Sort by: Featured

**Delivery**

All Prime

**Department**

Appliances
Cell Phones & Accessories
Electronics
Everything Else
Health & Household
Home & Kitchen
Industrial & Scientific
Office Products
Patio, Lawn & Garden
Sports & Outdoors
Tools & Home Improvement

**Customer Reviews**

& Up

**Deals & Discounts**

All Discounts

**Condition**

New

**Availability**

Include Out of Stock

**International Shipping**

International Shipping Eligible

## Results

Check each product page for other buying options. Price and other details may vary based on product size and color.

Best Seller



MEIRUBY Electric Candle Lighter, Valentine's Day Gifts for Women Mom Men Wife, USB Arc Rechargeable Windpro…

4.4 (26.9K)

4K+ bought in past month

$13.29 List Price: ~~$16.99~~

Exclusive Prime price

prime **Tomorrow**

FREE delivery **Tomorrow 10 AM - 3 PM** on $25 of qualifying items

Add to cart




Valentine's Day Gifts for Men Dad Adults, Lightsaber Torch Lighter Flame Butane Lighter Gifts for Dad Grandpa Ste…

4.5 (385)

400+ bought in past month

$28.99

prime

FREE delivery **Mon, Feb 2**

Add to cart




MEIRUBY 2-Pack Milk Frother Handheld with Stand, Valentines Day Gifts for Him and Her, Powerful Electric…

4.9 (18)

New on Amazon in past month

$8.69

prime

FREE delivery **Mon, Feb 2**

**Arrives with upcoming delivery**

Add to cart




MEIRUBY Lighter Stocking Stuffers for Adults Wife Mom, Electric Candle Lighter for Women Mom Candle Lover…

4.6 (1.8K)

200+ bought in past month

$12.99 Typical: ~~$14.99~~

prime

FREE delivery **Mon, Feb 2**

**Arrives with upcoming delivery**

Add to cart



amazon prime

Secure checkout

**Delivering to [redacted] Mooye**

Change

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Add delivery instructions

FREE pickup available nearby

[redacted]

Change

Select a payment plan

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

## Arriving Feb 2, 2026

If you order in the next 9 hours and 15 minutes



Electrical Outlet Extender Stick Features 2 USB-A, USB-C and 2 AC Outlets, Extendable 6", 15.3", 24.5", 34", for Hard to Reach Spaces Use Behind Couches, Nightstands, E-Sports Desks, and More

**$49.99**

prime & FREE Returns

Ships from Amazon.com

Sold by Mooye

1

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufact...

◉ **Monday, Feb 2** FREE

Place your order

**Order total: $52.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $49.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $3.00 |
| **Order total:** | **$52.99** |

**Order placed, thanks!**

Confirmation will be sent to your email.

**Shipping to** [redacted] **Mooye,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Monday, Feb. 2**
Estimated delivery



You saved **$6.99** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

**Inspired by your shopping trends**




Watch more on Amazon Live



**Feature d now**
New
$99.90 $1

Ad




**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee

Learn more

## Consider these items

Page 1 of 5



LiTTPOPO MicroCam X1 4K Digital Camera with 400X Microscope, True 4K Footage, Autofocus, 3.5" LCD Touchscreen |…
41
$79.95
prime FREE Delivery
**Sunday, Feb 1**
Add to cart



Metal Zip Ties Black,With Special Fastening And Cutting Tools,150 Pcs 11.8 Inch,Multi-Purpose Stainless Steel Cable Ti…
204
-11% $46.99
List: ~~$52.99~~
Get it as soon as **Thursday, Feb 5**
Add to cart




SEMIER 720p 4.3" S AM FM SW Movie V Radio with Bluetoo Rechargeable Pock Digital Movie Videc
288
$45.99
prime FREE Delivery
**Sunday, Feb 1**
Add to cart

## Top picks for you

Sponsored

# Seller Display Name

# AAA-Grand Vision Company

# Seller ID

# A3T32GX2KP90OD

amazon prime [redacted] Sewickley 15143 | All | outlet+extender | EN | [redacted] ccoun sts | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Amazon Business | Books | Pharmacy | Today's Deals | Best Sellers

**Electronics** | New Arrivals | Deals | Cell Phones | Computers | TV & Video | Headphones | Office Electronics | Camera & Photo | Wearable Technology


2 Pack Electrical Outlet Extender Stick
4.7 81
$59.99
Shop now
Sponsored

Electronics › Accessories & Supplies › Power Strips & Surge Protectors › Power Strips





Click to see full view

Ask Rufus
- Does it work with older outlet types?
- How many devices can plug in?
- Is the velcro permanent?
- Why you might like this
- Compare with similar
- Ask something else

…rical Outlet Extender
, Power Socket
nder Features USB-A,
·C and 3 AC, 180°
ting & Extends
"-26.4", Wall Plug
er Socket Expander for
-to-Reach Outlets
nd Couch,Bed
)MCCXO

★★★★☆ (13) | Search this page

$35.99

tory

**Get a $150 Gift Card:** Pay $0.00 ~~$35.99~~ upon approval for Prime Visa. No annual fee.

Save 10% on 2 select item(s) Shop items ›

Save 15% on 3 select item(s) Shop items ›

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Color: **Black**


$35.99 FREE Delivery **Thursday** | $35.99 FREE Delivery **Thursday**

| | |
|---|---|
| **Brand** | OMCCXO |
| **Color** | Black |
| **Total Power Outlets** | 5 |
| **Voltage** | 120.0 |
| **Special Feature** | Retractable Cord |

## About this item

- 【Power Socket Expander】 Extendable Wall Outlet for Maximized Charging Convenience. Easily Adjustable from 18.5 to 26.4in Inches, This Power Outlet Features a 180-Degree Rotating Base for Flexible Positioning - Vertical, Horizontal, or Any Angle In Between to Perfectly Suit Your Space and Needs

$35.99
prime

FREE delivery **Thursday, February 5** to Sewickley 15143. Order within 9 hrs 41 mins

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | AAA-Grand Vision Company |
| Returns | 30-day refund / replacement |
| Customer service | Amazon |

See more

**Add a Protection Plan:**
- 2-Year Protection Plan for $3.99
- 3-Year Protection Plan for $5.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**

Add to List


BLACK+DECKER PD USB Wall Ch...
4.5 203
$34.99
Sponsored

amazon prime | [redacted] Sew c[redacted]ey 15143 | Electronics | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Amazon Business | Books | Pharmacy | Today's Deals | Best Sellers

**Electronics** New Arrivals | Deals | Cell Phones | Computers | TV & Video | Headphones | Office Electronics | Camera & Photo | Wearable Technology

Electrical Outlet Extender Stick with USB P... $34.99 Shop now
4.5 44
Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets

**Purchased another variation 1 time**
Last purchased Feb 2, 2026 | Color: **Black** | View item





Click to see full view

# ...ctrical Outlet Extender ...k, Power Socket ...ander Features USB-A, ...-C and 3 AC, 180° ...ating & Extends ...5"-26.4", Wall Plug ...ver Socket Expander for ...d-to-Reach Outlets ...ind Couch,Bed

OMCCXO
(13) | Search this page
**50+ bought** in past month

$35.99
...istory

**Get a $150 Gift Card:** Pay $0.00 ~~$35.99~~ upon approval for Prime Visa. No annual fee.

prime
FREE Returns

Save 10% on 2 select item(s) Shop items ›

Save 15% on 3 select item(s) Shop items ›

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Color: **White**



$35.99 FREE Delivery Thursday



$35.99 FREE Delivery Thursday

| | |
|---|---|
| **Brand** | OMCCXO |
| **Color** | White |
| **Total Power Outlets** | 3 |
| **Total USB Ports** | 2 |
| **Power Plug Type** | Type B - 3 pin (North American) |

## About this item

**Ask Rufus**

Can it be used with a power strip? | Does it have surge protection? | Is it easy to install? | Why you might like this | Compare with similar | Ask something else

$35.99
prime
FREE delivery **Thursday, February 5** to Sewickley 15143.
Order within 9 hrs 24 mins
**Arrives with upcoming delivery**

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | AAA-Grand Vision Company |
| Returns | FREE 30-day refund/replacement |
| Customer service | Amazon |

See more

**Add a Protection Plan:**
- 2-Year Protection Plan for $3.99
- 3-Year Protection Plan for $5.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**
Add to List



Electrical Outlet Extender Stick...
4.9 15
$39.99




PRODUCT SIZE




Freedom To Stretch AndRetract,Say Good-byeTo Cable Clutter!


USB-A
USB-C
Devices with type C charging ports-can charge via USB-A on EZ Outlet-to type C port on the device OR usea block charger from the AC outletson EZ Outlet to the C port onthe device.
Devices with type C ports can-notcharge via 5v 2.4amp USB-C outputon EZ Outlet.





## Detailed Seller Information

**Business Name:** shangcaixianshunjiongshangmaoyouxiangongsi
**Business Address:**
上蔡县
重阳办事处秦相路东段路北100号
驻马店市
河南省
463700
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Information about the FTC Prime settlement
- Registry & Gift List
- Help

amazon English United States

Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo

amazon prime [redacted] Sewickley 15143 | AAA-Grand Vision Company | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Amazon Business | Books | Pharmacy

2 results

Sort by: Featured

**Delivery**

All Prime

**Department**

Pet Supplies

Tools & Home Improvement

**Customer Reviews**

& Up

**Deals & Discounts**

All Discounts

**Condition**

New

**International Shipping**

International Shipping Eligible

**Availability**

Include Out of Stock

## Results

Check each product page for other buying options.

Previously viewed



Electrical Outlet Extender Stick, Power Socket Expander Features USB-A, USB-C and 3 AC, 180° Rotating & Exten…

4.2 (13)

50+ bought in past month

$35.99

Save 10% on 2 select item(s)

prime

FREE delivery **Thu, Feb 5**

Add to cart



1-Pound Natural Wheat Straw - Dust-Free Animal Bedding for Chicken Coop, Rabbit Hutch,Stray Cats Dogs Shelter,…

New on Amazon in past month

$18.99

FREE delivery **Feb 12 - 24**

Or fastest delivery **Feb 10 - 11**

Only 20 left in stock - order soon.

Add to cart

## Need help?

Visit the help section or contact us

Sponsored

Sponsored

amazon prime

Secure checkout

**Delivering to [redacted] AAA-Grand Vision Company**

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Add delivery instructions

Change

[redacted]

Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Feb 5, 2026**

If you order in the next 9 hours and 30 minutes



Electrical Outlet Extender Stick, Power Socket Expander Features USB-A, USB-C and 3 AC, 180° Rotating & Extends 18.5"-26.4", Wall Plug Power Socket Expander for Hard-to-Reach Outlets Behind Couch,Bed

**$35.99**

prime

Ships from Amazon.com

Sold by AAA-Grand Vision Company

1

Add gift options

◉ **Thursday, Feb 5** FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $35.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $2.16 |
| **Order total:** | **$38.15** |

Place your order

**Order total: $38.15**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

All | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Amazon Business | Books | Pharmacy

## Order placed, thanks!

Confirmation will be sent to your email.

**Shipping t** [redacted] **AA-Grand Vision Company,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Thursday, Feb. 5**
Estimated delivery



You saved **$10.45** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

### Inspired by your shopping trends




Watch more on Amazon Live



Gbchais
$49.99
Ad




**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee

Learn more

### Items you may like

Page 1 of 3



Wowangce 18 Pack 17 Inch Adjustable Extension Cord Holder Organizer with Triangle Clips for Garage Organization an…
669
-11% $20.49
($1.14/count)
List: ~~$22.99~~
prime FREE Delivery
**Wednesday, Feb 4**
Add to cart




SOOOEC Snap On Magnetic Cable Ties, 32 Pack 7.2" Magnetic Cord Organizer Cute Cloud Design, Silicone Twist T…
2,125
$23.99
prime FREE Delivery
**Wednesday, Feb 4**
Add to cart



Data Cable Organiz 2026 Upgrade Silic Headphone Organi Silicone Cable Ties.
1,735
Amazon's Choice
$14.99
Get it **Feb 12 - 24**
$16.99 shipping
Add to cart

Sponsored

Sponsored

### Explore more items

# Seller Display Name

# AllGrip

# Seller ID

# A9BD6NXNT5SGY


Hard-to-Reach Outlet Extender Stick,
4.4 25
$49.99
Shop now
Sponsored




3+
6 VIDEOS



Click to see full view

**Ask Rufus**

Can it be used with a power strip? | Does it have surge protection?
Is it easy to adjust the length? | Why you might like this
Compare with similar | Ask something else

# Electrical Outlet Extender Features USB-A, USB-C, and 2 AC Electrical Outlet Extender Stick for Hard to Reach Spaces Extends 22"-27", Rotates 180°. Use Behind Couches, Nightstands, Desks, and More

Brand: Nyrvexa
4.0 ★★★★☆ (727) | Search this page
**50+ bought** in past month

$26.99
Price history

**Get a $150 Gift Card:** Pay $0.00 ~~$26.99~~ upon approval for Prime Visa. No annual fee.

Save 6% on 2 select item(s) Shop items ›
Save 9% on 3 select item(s) Shop items ›
Save 12% on 4 select item(s) Shop items ›

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

| | |
|---|---|
| **Brand** | Nyrvexa |
| **Color** | White |
| **Total Power Outlets** | 2 |
| **Voltage** | 5 Volts |
| **Special Feature** | Extendable and Rotating Design |

$26.99

FREE delivery **February 13 - 25** to Sewickley 15143. Details

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | AllGrip |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

**Save this item**

Add to List


Electrical Outlet Extender Stick F...
4.5 20
$49.99
Sponsored

## About this item

- Note: Our electrical outlet extender is designed for base which ground plug is up. If your ground plug is down(Unless your base is in a very high position), please don't buy this product. Please check the direction of ground plug before buying. We are equipped with hook and loop straps to fix the position of the outlet extender stick. Please refer to the picture for correct use of the hook and loop straps
- Power Socket Expander: Extendable Wall Outlet for Maximized Charging Convenience. Easily Adjustable from 22 to 27 Inches, This Power Outlet Features a 180-Degree

amazon prime [redacted] Sewickley 15143 All Search Amazon EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics Amazon Business Books Pharmacy Today's Deals Best Sellers


Hard-to-Reach Outlet Extender Stick,...
4.4 25
$49.99
Shop now
Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets





Click to see full view

**Ask Rufus**

Can it be used with a power strip? | Does it have surge protection? | Is it easy to install? | Why you might like this | Compare with similar | Ask something else

# Electrical Outlet Extender Features USB-A, USB-C, and 2 AC Electrical Outlet Extender Stick for Hard to Reach Spaces Extends 22"-27", Rotates 180°. Use Behind Couches, Nightstands, Desks, and More

Visit the PRYZALO Store

4.2 ★★★★☆ (138) | Search this page

-13% $25.99

Typical price: ~~$29.99~~ | Price history

**Get a $150 Gift Card:** Pay $0.00 ~~$25.99~~ upon approval for Prime Visa. No annual fee.

Save 6% on 2 select item(s) Shop items ›

Save 9% on 3 select item(s) Shop items ›

Save 12% on 4 select item(s) Shop items ›

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

| | |
|---|---|
| **Brand** | PRYZALO |
| **Color** | White |
| **Total Power Outlets** | 2 |
| **Voltage** | 110 Volts |
| **Special Feature** | Lightweight, Rotating Outlet |

## About this item

- Power Socket Expander: Extendable Wall Outlet for Maximized Charging Convenience. Easily Adjustable from 22 to 27 Inches, This Power Outlet Features a 180-Degree Rotating Base for Flexible Positioning - Vertical, Horizontal, or Any Angle In Between to Perfectly Suit Your Space and Needs
- All-In-One Charging Hub: This Electrical Outlet Extender Can Charge Phones, Tablets, Laptops, And Appliances Simultaneously. Featuring Dual AC Outlets + USB-A/USB-C Ports With 5V/2.4A Smart Output For Optimized Charging Speed Across All Devices. The Extendable Outlet Plug Offers Flexible Extension And Rotation For Convenient Positioning

$25.99

FREE delivery **February 13 - 25** to Sewickley 15143. Details

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | AllGrip |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

**Save this item**

Add to List


3-Outlet USB Wall Charger and...
4.7 14,875
$9.98
Sponsored

amazon prime [redacted] Sewickley 15143 All Search Amazon EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics Amazon Business Books Pharmacy Today's Deals Best Sellers


Hard-to-Reach Outlet Extender Stick,...
4.4 25
$49.99
Shop now
Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets





Click to see full view

Ask Rufus

Can it be used with a power strip? Does it have surge protection?

Is it easy to install? Why you might like this

Compare with similar Ask something else

# ectrical Outlet Extender ick Features USB-A, USB- and 2 AC Electrical tlet Extender for Hard to ach Spaces Extends "-27", Rotates 180°. Use hind Couches, ghtstands, Desks, and ore

nd: GEELII

(15) | Search this page

$26.99

e history

**Get a $150 Gift Card:** Pay $0.00 ~~$26.99~~ upon approval for Prime Visa. No annual fee.

e 6% on 2 select item(s) Shop items ›

Save 9% on 3 select item(s) Shop items ›

Save 12% on 4 select item(s) Shop items ›

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

| | |
|---|---|
| **Brand** | GEELII |
| **Color** | White |
| **Total Power Outlets** | 2 |
| **Total USB Ports** | 4 |
| **AC Adapter Current** | 2.4 Amps |

## About this item

- Power Socket Expander: Extendable Wall Outlet for Maximized Charging Convenience. Easily Adjustable from 22 to 27 Inches, This Power Outlet Features a 180-Degree Rotating Base for Flexible Positioning - Vertical, Horizontal, or Any Angle In Between to Perfectly Suit Your Space and Needs
- All-In-One Charging Hub: This Electrical Outlet Extender Can Charge Phones, Tablets, Laptops, And Appliances Simultaneously. Featuring Dual AC Outlets + USB-A/USB-C Ports With 5V/2.4A Smart Output For Optimized Charging Speed Across All Devices. The Extendable Outlet Plug Offers Flexible Extension And Rotation For Convenient Positioning

$26.99

FREE delivery **February 13 - 25** to Sewickley 15143. Details

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | AllGrip |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

**Save this item**

Add to List


Electrical Outlet Extender Stick F...
4.5 20
$49.99
Sponsored

amazon prime [redacted] Sewickley 15143 All Search Amazon EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics Amazon Business Books Pharmacy Today's Deals Best Sellers

Outlet Extender Stick - Features USB-A, U... $37.98 Shop now
4.3 354

Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets



Click to see full view



**Ask Rufus**

Can it be used with a power strip? | Does it have surge protection? | Is it easy to install? | Why you might like this | Compare with similar | Ask something else

# Electrical Outlet Extender Stick-Features USB-A, USB-C, 2 AC Electrical Outlet Extender 22"-34" for Hard-to-Reach Places Rotates 180° Use Behind Couches, Nightstands, Desks

Brand: Nyrvexa

4.3 (43) | Search this page

Amazon's Choice

$33.99

Price history

**Get a $150 Gift Card:** Pay $0.00 ~~$33.99~~ upon approval for Prime Visa. No annual fee.

Save 6% on 2 select item(s) Shop items ›

Save 9% on 3 select item(s) Shop items ›

Save 12% on 4 select item(s) Shop items ›

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

- Electrical Outlet Extender:This adjustable outlet extender stick features a rotating design that extends from 22" to 34", allowing flexible placement in hard-to-reach areas. With 180° rotation, this plug extension outlet easily fits behind nightstands, sofas, desks, and other furniture. Maximize your charging convenience and make the most of your outlets with this versatile solution.
- Versatile Charging: This electric outlet extender is equipped with 1 USB-A port, 2 USB-C ports, and 2 AC outlets, allowing you to power multiple devices simultaneously. The USB ports support 5V/2.4A output, making it easy to charge phones, laptops, and small appliances at the same time. As a practical plug extender, it helps eliminate messy cables and free up wall outlets, keeping your desk, bedside table, or workspace tidy and efficient.
- ETL/UL Certified Extendable and Rotating Outlet: This extendable outlet is built with high-strength ABS+PC composite fireproof material and features overload protection for enhanced safety. As a versatile wall outlet extender and power socket electrical outlet extender stick, it offers excellent heat resistance with a heat deformation temperature of 110–130°C — significantly higher than standard ABS materials. Its ETL/UL certification ensures reliable and safe performance for both household and professional environments.

$33.99

FREE delivery **February 13 - 25** to Sewickley 15143. Details

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | AllGrip |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

**Add a Protection Plan:**

- 3-Year Protection Plan for $5.99
- 4-Year Protection Plan for $7.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**

Add to List



Hard-to-Reach Outlet Extender...
4.4 25
$49.99

Sponsored




PRODUCT SIZE
45cm/17.7"
After extension
70cm/27.6"


GIVE AS A GIFT
Hook and Loop Fastener


INSTALLATION METHODS
1.Peel off the tape
2.One stuck on the wall
3.Stick them together
180°
4.Fixed with hookand loop straps


WALL-MOUNTED &
EXTENDABLEDUAL MODES
RETRACTABLE + MULTI-INTERFACE


ROTATES SMOOTHLY
WITHOUT STUTTERING.


CAREFREE LIFE
Get rid of the trouble of insufficient sockets
LIVING ROOM
KITCHEN
OFFICE


ALL IN ONE DESIGN
Combines charging and holding in one smart design
2 AC OUTLETS

# AllGrip

Visit the AllGrip storefront

Just launched | No feedback yet



**Electrical Outlet Extender Featur...**

$26.99

Add to cart

## About Seller

AllGrip is committed to providing each customer with the highest standard of customer service.

**Have a question for AllGrip?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** tan gshanshiweitengkejiyouxiangongsi
**Business Address:**
河北省唐山市路南区
学警路西侧22号
河北省
唐山市
063000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

[redacted] Sewickley 15143 | AllGrip | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Amazon Business | Books | Pharmacy

4 results

Sort by: Featured

**Department**

Tools & Home Improvement

**Customer Reviews**

★★★★☆ & Up

**Deals & Discounts**

All Discounts

**Condition**

New

**Availability**

☐ Include Out of Stock

Sponsored

## Results

Check each product page for other buying options.

Previously viewed



Electrical Outlet Extender Features USB-A, USB-C, and 2 AC Electrical Outlet Extender Stick for Hard to Reach…

4.0 ★★★★☆ (727)

50+ bought in past month

$26.99

Save 6% on 2 select item(s)

FREE delivery **Feb 13 - 25**

Add to cart



Electrical Outlet Extender Features USB-A, USB-C, and 2 AC Electrical Outlet Extender Stick for Hard to Reach…

4.2 ★★★★☆ (138)

$25.99 Typical: ~~$29.99~~

Save 6% on 2 select item(s)

FREE delivery **Feb 13 - 25**

Add to cart



Electrical Outlet Extender Stick Features USB-A, USB-C, and 2 AC Electrical Outlet Extender for Hard to Reach…

4.0 ★★★★☆ (15)

$26.99

Save 6% on 2 select item(s)

FREE delivery **Feb 13 - 25**

Add to cart



Electrical Outlet Extender Stick-Features USB-A, USB-C, 2 AC Electrical Outlet Extender 22"-34" for Hard-to-Reach…

4.3 ★★★★☆ (43)

$33.99

Save 6% on 2 select item(s)

FREE delivery **Feb 13 - 25**

Add to cart

## Need help?

Visit the help section or contact us

amazon prime

Secure checkout

**Delivering to [redacted] AllGrip**

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Add delivery instructions

Change

[redacted]

Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

## Arriving Feb 13, 2026 - Feb 25, 2026



Electrical Outlet Extender Features USB-A, USB-C, and 2 AC Electrical Outlet Extender Stick for Hard to Reach Spaces Extends 22"-27", Rotates 180°. Use Behind Couches, Nightstands, Desks, and More

**$26.99**

Ships from AllGrip

Sold by AllGrip

1

Gift options not available

◉ **Friday, Feb 13 - Wednesday, Feb 25** FREE

Place your order

**Order total: $28.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $26.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $1.62 |
| **Order total:** | **$28.61** |

amazon prime | All | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Amazon Business | Books | Pharmacy

## Order placed, thanks!

Confirmation will be sent to your email.

**Shipping to** [redacted] **llGrip,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Feb. 13 - Feb. 25**
Estimated delivery



Review or edit your recent orders ›

**Inspired by your shopping trends**

Previously Live




Watch more on Amazon Live



**Featured now**
Outlet
24% off
$37.98 $4
Ad




**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee

Learn more

## Discover more

Page 1 of 2



Girafit 3MP 2K Window Camera,2.4GHz&5GHz WiFi Indoor Cameras for Home Security 2 Pack…
2,897
Amazon's Choice
$85.99 ($43.00/count)
prime FREE Delivery
**Thursday, Feb 5**
Add to cart



OHUGNA Men's Smart Watch Round HD 1.53" Gold Blue Smart Watches for Men, Multiple Sports Modes, Bluetooth Voice…
554
-33% $53.19
List: ~~$79.00~~
prime FREE Delivery
**Thursday, Feb 5**
Add to cart



Monzlteck Adjustab Small Device Wall M Holder for Apple TV,ROKU,Router,Mo and Other Media Pl
256
$18.99
prime FREE Delivery
**Thursday, Feb 5**
Add to cart




## Explore more items

Sponsored

# Seller Display Name

# Anpool

# Seller ID

# A2HVQ44OHVMJSQ

amazon prime [redacted] Sewickley 15143 Electronics outlet extender EN [redacted] Account & Lists Returns & Orders 0
All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics Books 03:35:01

**Electronics** New Arrivals Deals Cell Phones Computers TV & Video Headphones Office Electronics Camera & Photo Wearable Technology

Eletrical Outlet Extender Stick 22"-34" Ver... $39.99 Shop now
4.9 35
Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets





Click to see full view

**Ask Rufus**

Can it be used with a power strip? | Does it have surge protection? | Is it easy to install? | Why you might like this | Compare with similar | Ask something else

# Hard-to-Reach Outlet Extender Stick, Extendable 8.3–36.1" Wall Outlet Extender for Behind Couch & Tight Spaces, Slim Power Stick with 2 AC Outlets, 2 USB-A & USB-C for Bed, Desk, Furniture

Visit the Anpool Store

4.4 (24) | Search this page

$49.99

Price history

prime

FREE Returns

Coupon price $39.99 Terms

Up to 28% off if you qualify Shop items ›

Get 1 free item when you buy 2 select item(s)
How to claim ›

Save up to 5% with business pricing. Sign up for a free Amazon Business account

| | |
|---|---|
| **Brand** | Anpool |
| **Color** | black |
| **Total Power Outlets** | 5 |
| **Voltage** | 110 Volts |
| **Special Feature** | Lightweight, Mountable, Usb Slot, Weather Resistant |

## About this item

- 【Hard-to-Reach Outlet Extender Solution for Behind Furniture】: This extendable outlet extender is built to solve one specific problem: blocked wall outlets behind couches, beds, and cabinets. The slim outlet extender stick fits into tight spaces and turns hard-to-reach outlets into usable power — no more crawling, stretching, or moving heavy furniture just to plug something in
- 【Slim, Extendable Power Stick for Tight Spaces】: The modular outlet extender stick extends from 8.3" to 36.1", allowing you to build the exact length needed behind sofas, nightstands, desks, and beds. Its low-profile wall outlet extender design slides easily into narrow gaps without blocking surrounding space or pushing furniture away.

$49.99

prime

FREE delivery **Monday, February 2** to Sewickley 15143. Order within 9 hrs 11 mins
**Arrives with upcoming delivery**

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Anpool |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

**Add a Protection Plan:**

- 2-Year Protection Plan for $4.99
- 3-Year Protection Plan for $6.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

amazon business

**Save up to 5%** on this product with business-only pricing.

Create a free account




Multi-Function
Linkable Power Strip Extender


Arrange and connect to form your desired size and layout
A
B
C
D


Power Strip with USB Ports
USB-C Port
USB-A Port


Outlet Extender Power Plug
Easily put behind Bed and Sofa
Our Products
Other Products


360° Free Combination
Free Combination of Four Directions:90°,180°,270°,360


Two Fixation Methods
Tool Free Installation
Screw Installation


TAME YOUR CABLE CHAOS
Living Room
Kitchen
Bedroom
Study

# Anpool

Visit the Anpool storefront

★★★★★ | **100% positive** lifetime (7 total ratings)



**Hard-to-Reach Outlet Extender S...**

$49.99

Add to cart

## About Seller

Anpool is committed to providing each customer with the highest standard of customer service.

**Have a question for Anpool?**

Ask a question

## Reviews

★★★★★ 4.9 out of 5

7 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 86% |
| 4 star | | 14% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

7 total ratings, 7 with feedback for Lifetime

★★★★★ "Good transaction; no issues."

By PixieFly on January 10, 2026.

★★★★☆ "Product to large and heavy. Ad said solar was main p I were Source, when arrived manual said electric charging require every 30 hrs and solar was backup. Also h..."

Read more

By Amedeo Iesu on June 3, 2025.

★★★★★ "The electric robotic pool skimmer was exactly as described, and shipped it out fast. Really happy with how smoothly everything went. It has been a help for dail..."

Read more

By Jolin Ed on May 12, 2025.

★★★★★ "Recommend!!"

By Suzanne Goldsmith on April 30, 2025.

★★★★★ "Very friendly seller, quick response"

By Cici147 on April 26, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** piyangyu

**Business Address:**

RM D07 8/F KAI TAK FTY BLDG

NO. 99 KING FUK ST SAN PO KONG,
Kowloon
HongKong
999077
HK

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Information about the FTC Prime settlement
- Registry & Gift List
- Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data

4 results

Sort by: Featured

**Delivery**

- All Prime

**Department**

Clothing, Shoes & Jewelry
Patio, Lawn & Garden
Tools & Home Improvement

**Customer Reviews**

★★★★☆ & Up

**Deals & Discounts**

All Discounts

**Condition**

New

**International Shipping**

- International Shipping Eligible

**Availability**

- Include Out of Stock



Sponsored

## Results

Check each product page for other buying options.



Foldable Travel Duffel Bag – Lightweight & Large Capacity Weekender Gym Luggage – Waterproof, Carry-On Duffel...

4.7 ★★★★½ (25)

$24.99

prime

FREE delivery **Mon, Feb 2**

**Arrives with upcoming delivery**

Only 16 left in stock - order soon.

Add to cart

Previously viewed



Hard-to-Reach Outlet Extender Stick, Extendable 8.3–36.1" Wall Outlet Extender for Behind Couch & Tight...

4.4 ★★★★½ (24)

$49.99

Coupon price $39.99

prime

FREE delivery **Mon, Feb 2**

**Arrives with upcoming delivery**

Add to cart



P1 Solar Pool Skimmer Cleaner Robotic for Surface with Solar & DC Charging,24/7 Continuous Cleaning,Anti-Stu...

2.8 ★★★☆☆ (13)

$439.99

prime

FREE delivery **Mon, Feb 2**

**Arrives with upcoming delivery**

Add to cart



P1 Robotic Solar & DC Pool Skimmer – Smart Obstacle Avoidance, Triforce™ Triple Motors, Dual Clean Modes,...

2.0 ★★☆☆☆ (2)

$899.99

FREE delivery **Tue, Feb 3** for Prime members

Only 9 left in stock - order soon.

Add to cart

## Need help?

amazon prime

# Secure checkout

**Delivering t[redacted]Anpool** Change

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Add delivery instructions

FREE pickup available nearby

[redacted] Change

Select a payment plan

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

## Arriving Feb 2, 2026

If you order in the next 8 hours and 45 minutes



Hard-to-Reach Outlet Extender Stick, Extendable 8.3–36.1" Wall Outlet Extender for Behind Couch & Tight Spaces, Slim Power Stick with 2 AC Outlets, 2 USB-A & USB-C for Bed, Desk, Furniture

**$49.99**

prime & FREE Returns

Ships from Amazon.com

Sold by Anpool

1

Add gift options

◉ **Monday, Feb 2** FREE

Place your order

**Order total: $52.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $49.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $3.00 |
| **Order total:** | **$52.99** |

## Order placed, thanks!

Confirmation will be sent to your email.

**Shipping t** [redacted] **Anpool,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Monday, Feb. 2**
Estimated delivery



You saved **$6.99** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

### Inspired by your shopping trends






**Feature d now**
NordicTr
$599.00
Ad

Watch more on Amazon Live




**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee

Learn more

### Explore more items

Page 1 of 5



KLEIN TOOLS AEPWS1 Wearable Bluetooth Speaker, Built-in Mic for Hands-Free Music and…
45
Amazon's Choice
$54.99
prime FREE Delivery
**Sunday, Feb 1**
Add to cart



4G LTE Cellular Security Camera Outdoor, 4K 10x Optical Zoom Wireless Solar Camera 12000mA…
118
-14% $189.99
Limited time deal
List: ~~$219.99~~
prime FREE Delivery
**Sunday, Feb 1**
7% Claimed
Add to cart



Elgin Thumper Wea Bluetooth Speaker, Lightweight Weath Resistant Clip-On D with Integrated Ma
42
$59.95
prime FREE Delivery
**Sunday, Feb 1**
Add to cart

### Items you may like

Sponsored

# Seller Display Name

# BEIYIQINGSHU

# Seller ID

# A5EJUFSUMXGCF

Eletrical Outlet Extender Stick 22"-34"
4.9 35
$39.99
Shop now
Sponsored


3 VIDEOS



Click to see full view

trical Outlet Extender
k - 180° Rotating
ndable Wall Outlet for
d to Reach Places,
er Socket Expander,
ating Plug Power Hub
Bedroom, Living Room,
ce

JOYGIEE
(6) | Search this page

**100+ bought** in past month

$28.99

istory

0% on 2 select item(s) Shop items ›

5% on 3 select item(s) Shop items ›

0% on 5 select item(s) Shop items ›

Savings Buy any 10, Save 25% Shop items ›

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

| | |
|---|---|
| **Brand** | JOYGIEE |
| **Color** | WHITE |
| **Total Power Outlets** | 2 |
| **Special Feature** | Usb Slot |
| **Total USB Ports** | 2 |

$28.99

FREE delivery **February 5 - 9** to Sewickley 15143. Details

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | BEIYIQINGSHU |
| Returns | 30-day refund/replacement |
| Customer service | BEIYIQINGSHU |

See more

**Save this item**

Add to List


Outlet Electrical Outlet Extender...
4.6 50
$39.99
Sponsored

**Ask Rufus**

Does it work with behind-couch outlets?

What devices can charge simultaneously?

How far does the pole extend?

Why you might like this

Compare with similar

Ask something else

## About this item

- Power Socket Expander:The telescopic extension pole adjusts in length from 18 to 28 inches with an 180° swivel base.Its extendable rotating outlet design enables versatile placement,even in confined spaces or where appliances are awkwardly situated.
- All-In-One Charging Hub: This Electrical Outlet Extender Can Charge Phones, Tablets, Laptops, And Appliances Simultaneously. Featuring Dual AC Outlets + USB-A/USB-C Ports With 5V/2.4A Smart Output For Optimized Charging Speed Across All Devices. The Extendable Outlet Plug Offers Flexible Extension And Rotation For Convenient Positioning
- Hassle-Free Setup: Electrical Outlet Extender Stick No Installation Needed – Simply Plug This Extension Outlet Into Any Existing




PERFECT ADJUSTABLE SIZE
45 cm / 17.7 inch
After extension
70 cm / 27.6 inch


Wall-mounted & Extendable
Dual Modes
RETRAGTABLE
+
MULTI-INTERFACE


ONE PLUG FOR MULTIPLE USES
Phone
Pad
Computer
TV
Other


INSTALLATION METHODS
180°


180°
degree rotation
ALL IN ONE
DESIGN
Combines charging and holding
in one smart design


ADJUSTABLE POWER STRIP


VARIOUS PORTS
USB-A
USB-C


ALL IN ONE DESIGN

# BEIYIQINGSHU

Visit the BEIYIQINGSHU storefront

Just launched | No feedback yet



**Electrical Outlet Extender Stick - ...**

$28.99

Add to cart

## About Seller

BEIYIQINGSHU is committed to providing each customer with the highest standard of customer service.

**Have a question for BEIYIQINGSHU?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** fengqiuxianbeiyishangmaoyouxiangongsi
**Business Address:**
封丘县冯村乡
冯村261号
新乡市
河南省
453316
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

13 results Sort by: Featured

**Department**

Baby Products
Everything Else
Health & Household
Home & Kitchen
Toys & Games

**Customer Reviews**

& Up

**Deals & Discounts**

All Discounts

**Condition**

New

**Availability**

Include Out of Stock

Sponsored

## Results

Check each product page for other buying options. Price and other details may vary based on product size and color.

Previously viewed



Electrical Outlet Extender Stick - 180° Rotating Extendable Wall Outlet for Hard to Reach Places, Power…

4.8 (6)

100+ bought in past month

$28.99

Save 10% on 2 select item(s)

FREE delivery **Feb 5 - 9**

Add to cart



Granny Pants Yard Game Set - Granny Pants Party Rush! Granny Pants Outdoor Game with Bouncy Balls Air…

4.5 (6)

$49.99

Save 10% on 2 select item(s)

$5.99 delivery **Feb 9 - 11**

Add to cart



Hanging Indoor Basketball Hoop - Ceiling Swish Basketball Hoop, Ceiling Swish Indoor Mini Basketball…

5.0 (2)

$25.99

Save 10% on 2 select item(s)

FREE delivery **Feb 9 - 11**

Add to cart



Multifunctional Ergonomic Pillow, Contoured Support Cushion for Sleeping, Resting, and Lounging (B)

1.0 (1)

$39.99

Save 10% on 2 select item(s)

FREE delivery **Feb 9 - 11**

Add to cart

+5 other colors/patterns



Granny Pants Yard Game Set - Granny Pants Party Rush! Granny Pants Outdoor Game with Bouncy Balls Air…

$29.99

Save 10% on 2 select item(s)

amazon prime

# Secure checkout

**Delivering to [redacted] BEIYIQINGSHU** Change
409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States
Add delivery instructions

[redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

## Arriving Feb 5, 2026 - Feb 9, 2026



Electrical Outlet Extender Stick - 180° Rotating Extendable Wall Outlet for Hard to Reach Places, Power Socket Expander, Rotating Plug Power Hub for Bedroom, Living Room, Office
**$28.99**
Ships from BEIYIQINGSHU
Sold by BEIYIQINGSHU

1

Gift options not available

◉ **Thursday, Feb 5 - Monday, Feb 9** FREE

Place your order
**Order total: $30.73**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $28.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $1.74 |
| **Order total:** | **$30.73** |

All | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Business | Amazon Basics | Books | Pharmacy

## Order placed, thanks!

Confirmation will be sent to your email.

**Shipping to** [redacted]**BEIYIQINGSHU,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Feb. 5 - Feb. 9**
Estimated delivery



Review or edit your recent orders ›

### Inspired by your shopping trends




Watch more on Amazon Live



Maxsure O
$37^{99}$ $3
Ad




**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee

Learn more

### Consider these items

Page 1 of 2



Easymaxx 2Pack Rechargeable Headlamp Beanie, 1200Lumens LED Beanie Hat with Wide Beam Light Built-in, 6…
222
$37^{99}$ ($19.00/count)
Get it as soon as **Wednesday, Feb 18**
Add to cart




NiaoChao 2Pack Headlamp Rechargeable, 99000 LM Super Bright LED Head Lamp with 3 Modes, 90° Adjustable…
36
$39^{99}$ ($20.00/count)
prime FREE Delivery
**Monday, Feb 2**
Add to cart



K-Bern PRO Rechar Headlamp - 1600 L Ultra Bright Head L for Forehead. Wate
78
Amazon's Choice
$34^{77}$
prime FREE Delivery
**Monday, Feb 2**
Add to cart

### Discover more

# Seller Display Name

# blueera store

# Seller ID

# A1AKU80EOOBRT8

amazon prime [redacted] Sewickley 15143 Electronics outlet extender EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics Books 00:10:55

**Electronics** New Arrivals Deals Cell Phones Computers TV & Video Headphones Office Electronics Camera & Photo Wearable Technology

Endless choices, any amount, every occasion Give a gift card ›

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets



Click to see full view



3 VIDEOS

Ask Rufus

Can it be used behind furniture? Does it have surge protection?

Is it easy to install? Why you might like this

Compare with similar Ask something else

# Blueera Electrical Outlet Extender Features USB-C, 2 USB-A, 2 AC Outlets, Access Hard-to-Reach Places, Extends 17"-36", Extendable Outlet with 4-Way Plug for Behind Couches, Nightstands-1 Pack

Visit the Blueera Store

4.7 (89) | Search this page

**400+ bought** in past month

-20% $39.99

List Price: ~~$49.99~~ | Price history

**Get a $150 Gift Card:** Pay $0.00 ~~$39.99~~ upon approval for Prime Visa. No annual fee.

prime

FREE Returns

Exclusive Prime price

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Size: **1 Pack**

| 1 Pack | 2 Pack |
|---|---|
| $39.99 | $79.99 |
| ~~$49.99~~ | ~~$85.99~~ |
| FREE Delivery **Monday** | FREE Delivery **Monday** |

| | |
|---|---|
| **Brand** | Blueera |
| **Color** | White |
| **Total Power Outlets** | 5 |
| **Voltage** | 110 Volts |
| **Special Feature** | Mountable, Rotating Outlet, Usb Slot |

## About this item

- Important Notice: 1. Please use screws for wall or adhesive strips to make it stay in position selected. 2.It is for indoor use only. 3.The total power must not exceed 1100W 4.Keep it away from water.
- 5-in-1 Massive Charging Hub: The versatile outlet extender equipped with 2 AC outlets, 2 USB-A ports, and 1 USB-C port (5V/2.4A output), delivers fast and efficient charging to multiple smart devices simultaneously, creating a cleaner and more organized space.
- Electrical Outlet Extender: The outlet features 3 precise extension lengths (17.7"/26.8"/36.1")

$39.99

prime

FREE delivery **Monday, February 2** to Sewickley 15143. Order within 5 hrs 45 mins

**Arrives with upcoming delivery**

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | blueera store |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

**Add a Protection Plan:**

- [ ] 2-Year Protection Plan for $3.99
- [ ] 3-Year Protection Plan for $5.99
- [ ] Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

**Other sellers on Amazon**

New (2) from $39.99 prime




Stackable And Sleek Design
Effortlessly Expands To Fit Your Space
4-Way Plug
Stackable
Length: 35.83 Inch
Length: 26.57 Inch
Length: 17.32 Inch


FCC Safety Certified
The ultimate solution for all charging needs.


Dual-Mode Mounting
Install with screws or adhesive strips.
Wall Mounted with Screws
Flexibly mount on the wall.


Space-Saving Outlet
Easy to reach bed and sofa's back
Blueera
Others


Orderly Charging, Refined Spaces
Keep your space neat and tidy.
After
08:35
Before


360°
Compact Hub With 4-Way Plug
Flexible mounting for any angle.
Others

# blueera store

Visit the blueera store storefront

★★★★★ | **100% positive** lifetime (3 total ratings)



**Blueera Electrical Outlet Extende...**

$39.99

Add to cart

## About Seller

blueera store is committed to providing each customer with the highest standard of customer service.

**Have a question for blueera store?**

Ask a question

## Reviews

★★★★★ 5 out of 5

3 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

3 total ratings, 3 with feedback for Lifetime

★★★★★ "Item as described by the seller"

By mamova on January 5, 2026.

★★★★★ "Item as described by the seller"

By mamova on January 5, 2026.

★★★☆☆ "~~The item was shipped in original box not in an Amazon Envelope or box to protect it. It was in my mailbox soaked. Because it is a gift I am trying to let the bo...~~"

Read more

By Kathy Blake on December 14, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Great transaction, seller responsive."

By Therese on July 18, 2025.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhen Laner Technology Co., Ltd.
**Business Address:**
深圳市龙岗区坂田街道五和大道长坑区一巷13栋1204
深圳
龙岗区
广东
518000
CN

amazon prime [redacted] Sewickley 15143 | blueera store | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Books | Pharmacy | Today's Deals | Best Sellers

2 results

Sort by: Featured

**Delivery**

All Prime

**Department**

Musical Instruments

Tools & Home Improvement

**Customer Reviews**

& Up

**Deals & Discounts**

All Discounts

**Condition**

New

**International Shipping**

International Shipping Eligible

**Availability**

Include Out of Stock

Sponsored

## Results

Check each product page for other buying options.

Previously viewed



Blueera Electrical Outlet Extender Features USB-C, 2 USB-A, 2 AC Outlets, Access Hard-to-Reach Places, Extends...

4.7 (89)

400+ bought in past month

$39.99 List Price: ~~$49.99~~

Exclusive Prime price

prime

FREE delivery **Mon, Feb 2**

**Arrives with upcoming delivery**

Add to cart




Karaoke Machine for Adults & Kids, Portable 60W Speaker, Rechargeable Wireless Microphones, Music Sync LED...

4.3 (51)

$79.99

prime

FREE delivery **Mon, Feb 2**

**Arrives with upcoming delivery**

Add to cart

## Need help?

Visit the help section or contact us

Sponsored

amazon prime

Secure checkout

**Delivering to [redacted] blueera store**

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Change

Add delivery instructions

FREE pickup available nearby

[redacted]

Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Feb 2, 2026**

If you order in the next 5 hours and 33 minutes



Blueera Electrical Outlet Extender Features USB-C, 2 USB-A, 2 AC Outlets, Access Hard-to-Reach Places, Extends 17''-36'', Extendable Outlet with 4-Way Plug for Behind Couches, Nightstands-1 Pack

**$39.99**

prime & FREE Returns

Exclusive Prime price

Ships from Amazon.com

Sold by blueera store

1 +

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufact...

**Monday, Feb 2** FREE

Place your order

**Order total: $42.39**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $2.40 |
| **Order total:** | **$42.39** |

amazon prime | All | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | 00:02:24

**Order placed, thanks!**

Confirmation will be sent to your email.

**Shipping t** [redacted] **lueera store,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Monday, Feb. 2**
Estimated delivery



You saved **$6.99** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

## Inspired by your shopping trends




Watch more on Amazon Live



**Feature d now**
T3
$29.99
Ad




**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee

Learn more

## Explore more items

Page 1 of 3



Camping Lantern Rechargeable, Alpswolf Camping Flashlight 4000 Capacity, 6 Modes, IPX4 Waterproof, Led Lanter...
2,563
$49.99
prime FREE Delivery
**Sunday, Feb 1**
3 sustainability features
Add to cart




AKNEAR Rechargeable LED Headlamp Super Bright, 99000 High Lumens Head Lamp...
123
-39% $32.39
Limited time deal
List: ~~$52.99~~
prime FREE Delivery
**Sunday, Feb 1**
Add to cart



Niorasen Merino W Hiking Crew Socks Men & Women, Thi Thermal Cushionec Winter Socks, Mois
180
-25% $14.99
List: ~~$19.99~~
prime FREE Delivery
**Sunday, Feb 1**
1 sustainability feat
Add to cart

## Items you may like

Sponsored

# Seller Display Name

# BoFengShangMao

# Seller ID

# A78Q8Q0E9U11J

amazon prime [redacted] Sewickley 15143 Electronics outlet extender EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Business Amazon Basics Books Pharmacy Today's Deals Best Sellers

**Electronics** New Arrivals Deals Cell Phones Computers TV & Video Headphones Office Electronics Camera & Photo Wearable Technology

Electrical Outlet Extender Long Stick... $49.85 4.5 94 Shop now

Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets



3 VIDEOS



Click to see full view

**Ask Rufus**

Can it be used with a power strip? | Does it have surge protection? | Is it easy to install? | Why you might like this | Compare with similar | Ask something else

# Electrical Outlet Extender with 2 AC Outlets, 2 USB-A, 1 Type-C, Rotates 180°, Extends 22"-34", Access Hard-to-Reach Outlets for Bedroom Office Behind Couches Nightstands Desks Sofa

Brand: TTTOUAJ

4.6 (40) | Search this page

**400+ bought** in past month

-7% $39.99

List Price: ~~$42.99~~ | Price history

**Get a $150 Gift Card:** Pay $0.00 ~~$39.99~~ upon approval for Prime Visa. No annual fee.

prime

FREE Returns

Coupon price $31.99 Terms

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Size: **1-Pack**

1-Pack | 2-Pack

Color: **White**

$39.99 FREE Delivery Monday

$39.99 ~~$42.99~~ FREE Delivery Monday

| | |
|---|---|
| **Brand** | TTTOUAJ |
| **Color** | White |
| **Total Power Outlets** | 2 |
| **Special Feature** | Mountable |
| **Total USB Ports** | 3 |

## About this item

- 【Adjustable Length & 180° Swivel】 Length can extend from 22" to 34" and the base can rotate 180 degrees, easy to access

$39.99

prime

FREE delivery **Monday, February 2** to Sewickley 15143. Order within 13 hrs 3 mins

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | BoFengShangMao |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

**Add a Protection Plan:**

- 2-Year Protection Plan for $3.99
- 3-Year Protection Plan for $5.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**

Add to List



Electrical Outlet Extender Stick,...
3.5 9
$28.99

Sponsored

amazon prime [redacted] Sewickley 15143 | Electronics | Search Amazon | EN [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Business | Amazon Basics | Books | Pharmacy | Today's Deals | Best Sellers

**Electronics** New Arrivals | Deals | Cell Phones | Computers | TV & Video | Headphones | Office Electronics | Camera & Photo | Wearable Technology


Hard-to-Reach Outlet Extender Stick, Exte... $49.99 Shop now
4.4 24
Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets

**Purchased another variation 1 time**
Last purchased Jan 30, 2026 | Size: **1-Pack** | Color: **White** | View item



Click to see full view

**Ask Rufus**
Does it work with low baseboard outlets?
How many devices can it charge?
Is installation damage-free?
Why you might like this
Compare with similar
Ask something else

# Pink Electrical Outlet Extender with 2 AC Outlets, 2 USB-A, 1 Type-C, Rotates 180°, Extends 22"-34", Access Hard-to-Reach Outlets for Bedroom Office Behind Couches Nightstands Desks Sofa

Brand: TTTOUAJ
4.6 ★★★★☆ (40) | Search this page

$39.99
Price history

**Get a $150 Gift Card:** Pay $0.00 ~~$39.99~~ upon approval for Prime Visa. No annual fee.

prime
FREE Returns

Coupon price $31.99 Terms

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Size: **1-Pack**
1-Pack | 2-Pack

Color: **Pink**


$39.99
FREE Delivery **Monday**


$39.99
~~$42.99~~
FREE Delivery **Monday**

- ✅【Adjustable Length & 180° Swivel】Length can extend from 22" to 34" and the base can rotate 180 degrees, easy to access hard to reach outlets like low baseboard socket or behind sofa, fits vertical & horizontal outlets.
- ✅【5-Port Charging】Equipped with 2 AC Outlets(1250W MAX), 2 USB-A ports(5V2.4A) and 1 USB-C port(5V3A), can quickly charge multiple devices , meet the needs of multiple charging tasks at the same time.

$39.99
prime
FREE delivery **Monday, February 2** to Sewickley 15143.
Order within 12 hrs 49 mins
**Arrives with upcoming delivery**

In Stock

Quantity: 1
Add to cart
Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | BoFengShangMao |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

**Add a Protection Plan:**
- 2-Year Protection Plan for $3.99
- 3-Year Protection Plan for $5.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**
Add to List

Sponsored

amazon prime [redacted] Sewickley 15143 Electronics Search Amazon EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Business Amazon Basics Books Pharmacy Today's Deals Best Sellers

**Electronics** New Arrivals Deals Cell Phones Computers TV & Video Headphones Office Electronics Camera & Photo Wearable Technology

EZ Outlet Electrical Outlet Extender.... 4.6 1,219 $49.88 Shop now

Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets

**Purchased another variation 1 time**
Last purchased Jan 30, 2026 | Size: **1-Pack** | Color: **White** | View item





Click to see full view

**Ask Rufus**
How far can it extend from the outlet?
Does it work with all outlet types?
Can I mount this on the wall?
Why you might like this
Compare with similar
Ask something else

# Electrical Outlet Extender 2-Pack, 2 USB-A, 1 Type-C, Rotates 180°, Extends 22"-34", Access Hard-to-Reach Outlets for Bedroom Office Behind Couches Nightstands Desks Sofa

Brand: TTTOUAJ
4.6 ★★★★☆ (40) | Search this page

$79.99
Price history

Or $20.00 /2 weeks (x4). Select from 2 plans

**Earn 5% back with Prime Store Card.** That would've been **$395.64 in rewards** last year. Plus, get a $10 Gift Card upon approval.

prime
FREE Returns

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Size: **2-Pack**
1-Pack | 2-Pack

Color: **White**



$79.99
FREE Delivery **Monday**

See 1 options with no featured offers

| | |
|---|---|
| **Brand** | TTTOUAJ |
| **Color** | White |
| **Total Power Outlets** | 1 |
| **Voltage** | 110 Volts |
| **Special Feature** | Lightweight |

## About this item

- ✅ 【Adjustable Length & 180° Swivel 】 Length can extend from 22" to 34" and the

$79.99
prime

FREE delivery **Monday, February 2** to Sewickley 15143. Order within 12 hrs 34 mins
**Arrives with upcoming delivery**

In Stock

Quantity: 1
Add to cart
Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | BoFengShangMao |
| Returns | FREE 30-day refund/replacement |
| Support | Product support included |

See more

**Add a Protection Plan:**
- ☐ 2-Year Protection Plan for $7.99
- ☐ 3-Year Protection Plan for $9.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**
Add to List



Electrical Outlet Extender Stick...
4.8 22
$49.99




180° ROTATING PLUG DESIGN
Fit Vertical & Horizontal Outlets
180°


FITS LOW-BASEBOARD SOCKET
2 AC Outlets
1 USB-C Port
2 USB-A Port


Now
Before


Living Room
Bedroom
Office
Dorm Room


PRODUCT SIZE
Hook & loop fastener
x3

# BoFengShangMao

Visit the BoFengShangMao storefront

★★★★★ | **100% positive** lifetime (2 total ratings)



**Electrical Outlet Extender with 2 ...**

$39.99

Add to cart

## About Seller

BoFengShangMao is committed to providing each customer with the highest standard of customer service.

**Have a question for BoFengShangMao?**

Ask a question

## Reviews

★★★★★ 5 out of 5

2 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

2 total ratings, 2 with feedback for Lifetime

★★★★★ "They are exactly what I need for a fun game my grandchildren like to play."

By DLZ on January 7, 2026.

★★★★★ "As described, works well"

By Laura D on January 3, 2026.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** GuangZhouBoFengShangMaoYouXianGongSi
**Business Address:**
沙园中路1号806房
增城区荔城街道
广州市
广东省
510300
CN

## Shipping Policies

## Other Policies

amazon prime [redacted] Sewickley 15143 BoFengShangMao Search Amazon EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Business Amazon Basics Books Pharmacy

1 result Sort by: Featured

**Delivery**

☐ All Prime

**Department**

Tools & Home Improvement

**Customer Reviews**

★★★★☆ & Up

**Deals & Discounts**

All Discounts

**Condition**

New

**International Shipping**

☐ International Shipping Eligible

**Availability**

☐ Include Out of Stock

Sponsored

## Results

Check each product page for other buying options.

Previously viewed



Electrical Outlet Extender with 2 AC Outlets, 2 USB-A, 1 Type-C, Rotates 180°, Extends 22"-34", Access Hard-to-...

4.6 (40)

400+ bought in past month

$39.99 List: ~~$42.99~~

☐ Coupon price $31.99

prime

FREE delivery **Mon, Feb 2**

Add to cart

## Need help?

Visit the help section or contact us

Sponsored

amazon prime

# Secure checkout

**Delivering to [redacted] BoFengShangMao**
409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Add delivery instructions

Change

[redacted]

Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

## Arriving Feb 2, 2026

If you order in the next 12 hours and 52 minutes



Electrical Outlet Extender with 2 AC Outlets, 2 USB-A, 1 Type-C, Rotates 180°, Extends 22"-34", Access Hard-to-Reach Outlets for Bedroom Office Behind Couches Nightstands Desks Sofa

**$39.99**

prime & FREE Returns

Ships from Amazon.com

Sold by BoFengShangMao

1

Add gift options

◉ **Monday, Feb 2** FREE

Place your order

**Order total: $42.39**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $2.40 |
| **Order total:** | **$42.39** |

**Order placed, thanks!**

Confirmation will be sent to your email.

**Shipping t** [redacted]**BoFengShangMao,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Monday, Feb. 2**
Estimated delivery



You saved **$6.99** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

**Inspired by your shopping trends**




Watch more on Amazon Live



**Featured**
SAHIPUB I
$26.99 $3
Ad





**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee

Learn more


## Items you may like

Page 1 of 5



SAMCOM 2 Way Radios FPCN30A Two Way Radios Long Range Rechargeable 5 Watts UHF Programmable…
364
$199.90
prime FREE Delivery
**Monday, Feb 2**
Add to cart



Avantree PowerByte - Portable FM Radio with Powerful 30W Stereo Bluetooth Speakers & SD Card Player, 20hr…
383
-6% $99.99
List: ~~$105.99~~
prime FREE Delivery
**Monday, Feb 2**
Add to cart



Solar Power Bank 42,800mAh, 15W Wireless Portable C with Built-in Cables
57
Amazon's Choice
-30% $39.99
List: ~~$56.99~~
Get it as soon as **Monc**
**9**
FREE Shipping by Ama
Add to cart

## Discover more

Sponsored

# Seller Display Name

# BOYOUKEJI

# Seller ID

# A368059GKZO0L6

amazon prime
Sew c[redacted]ey 15143
All
Search Amazon
EN
[redacted]
Account & Lists
Returns & Orders
0
All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics Books Pharmacy Today's Deals Best Sellers Buy Again


Electrical Outlet Extender Stick with 2 USB-
5.0 11
$49.99
Shop now
Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets




Click to see full view

Ask Rufus

Can it be used with a power strip? Does it have surge protection?
Is it easy to install? Why you might like this
Compare with similar Ask something else

# lectrical Outlet Extender tick - Features USB-A, JSB-C and 2 AC Outlets, xtends 22"-34", Rotates 80° Access Hard-to-Reach Dutlets, Wall Plug Power iocket Expander lightstands, Sofa, Desks ind More

isit the BOYODER Store

4 ★★★★☆ (4) | Search this page

**100+ bought** in past month

$36.99

rice history

Apply for Prime Store Card and unlock a $10 Amazon Gift Card upon approval. Pay ~~$36.99~~ **$26.99** for this order. Learn more

prime **Two-Day**

FREE Returns

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

| | |
|---|---|
| **Brand** | BOYODER |
| **Color** | White |
| **Total Power Outlets** | 1 |
| **Voltage** | 110 Volts |
| **Special Feature** | Lightweight, Retractable Cord, Rotating Outlet, Surge Protection |

## About this item

- 【Electrical Outlet Extender】Adjustable Outlet Extender with Rotating Design Maximize your charging flexibility with this extendable outlet extender, Electrical Outlet Extender From 22" To 34", Rotates 180° Access Hard-to-Reach Outlets for Nightstands, Sofa, Desks and More
- 【Fast Multi-Device Charging】Equipped with 2 USB-A (2.4A), 1 USB-C, and 2 AC outlets to power multiple devices simultaneously. Optimized Charging Speed Across All Devices. this wall outlet extender powers phones, laptops, lamps, and appliances. Eliminate clutter and free up wall sockets for a cleaner workspace or bedside setup.

$36.99

prime **Two-Day**

FREE delivery **Friday, January 30** to Sewickley 15143. Order within 10 hrs 6 mins

**Arrives with upcoming delivery**

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | BOYOUKEJI |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

**Add a Protection Plan:**

- ☐ 2-Year Protection Plan for $3.99
- ☐ 3-Year Protection Plan for $5.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**

Add to List


Electrical Outlet Extender Stick F...
4.4 17
$49.99
Sponsored


Hard-to-Reach Outlet Extender Stick,
4.4 22
$49.99
Shop now

Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets






Click to see full view

**Ask Rufus**

Can it be used with a power strip? | Does it have surge protection? | Is it easy to install? | Why you might like this | Compare with similar | Ask something else

# Electrical Outlet Extender Stick,Access Hard to Reach Outlet Extender with USB-A,USB-C Port,2 AC Outlets,Extend 22”to 34”,Rotates 180°Multi Plug Wall Outlet,Use Behind Nightstands,Sofa,Bed,Cabin et etc

Visit the BOYODER Store

5.0 ★★★★★ (1) | Search this page

$37.99

Price history

Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Size: **L**

| | |
|---|---|
| **Brand** | BOYODER |
| **Color** | White |
| **Total Power Outlets** | 2 |
| **Voltage** | 110.0 |
| **Special Feature** | Retractable Cord, Rotating Outlet |

## About this item

- Adjustable & Rotating Outlet Extender for Hard-to-Reach Spaces This outlet extender stick extends from 22" to 34" and rotates 180°, making it perfect for tight spots behind nightstands, sofas, or desks. The electrical outlet extender ensures flexible positioning while keeping cords organized—ideal for homes, offices, or dorm rooms.
- Fast Multi-Device Charging with 5 Ports (USB & AC) Equipped with 2 USB-A (2.4A), 1 USB-C, and 2 AC outlets, this wall outlet extender powers phones, laptops, lamps, and appliances simultaneously. Eliminate clutter and free up wall sockets for a cleaner workspace or bedside setup.
- CE/ETL Certified for Safety & Fire Resistance Made with ABS+PC fireproof material (heat-resistant up to 130°C) and overload protection, this outlet extension is CE/ETL-certified for safety. Perfect for families,

$37.99

$6.97 delivery **Wednesday, February 11** to Sewickley 15143. Details

Or fastest delivery **Friday, January 30**. Order within 1 hr 42 mins. Details

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | BOYOUKEJI |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

See more

**Add a Protection Plan:**

- [ ] 2-Year Protection Plan for $3.99
- [ ] 3-Year Protection Plan for $5.99
- [ ] Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**

Add to List


Electrical Outlet Extender Stick-...
4.8 39
$49.99

Sponsored

amazon prime [redacted] Sewickley 15143 All Search Amazon EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics Books Pharmacy Today's Deals Best Sellers Buy Again


Pop up Outlet for Countertop,3.15-in...
4.5 313
$49.99
Shop now
Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets




VIDEO

Click to see full view

Ask Rufus

Can it be used with a power strip? Does it have surge protection?

Is it easy to install? Why you might like this

Compare with similar Ask something else

# lectrical Outlet Extender tick - With USB-A,USB-C nd 2 AC Outlets, Power ocket Expander Extends 2"-34",180° Access Hard-o-Reach Outlets, outlet lugs extender lightstands,Sofa,Bed,Desks nd More

sit the BOYODER Store

4 ★★★★☆ (5) | Search this page

$36.99

ice history

Unlock a $150 Amazon Gift Card upon approval for Prime Visa.

FREE Returns

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

| | |
|---|---|
| **Brand** | BOYODER |
| **Color** | White |
| **Total Power Outlets** | 1 |
| **Voltage** | 110 Volts |
| **Special Feature** | Lightweight, Retractable Cord, Rotating Outlet, Surge Protection |

## About this item

- 【Electrical Outlet Extender】Adjustable Outlet Extender with Rotating Design Maximize your charging flexibility with this extendable outlet extender, Power Socket Expander From 22" To 34", Rotates 180° Access Hard-to-Reach Outlets for Nightstands, Sofa, Desks and More
- 【Fast Multi-Device Charging】Equipped with 2 USB-A (2.4A), 1 USB-C, and 2 AC outlets to power multiple devices simultaneously. Optimized Charging Speed Across All Devices. this wall outlet extender powers phones, laptops, lamps, and appliances. Eliminate clutter and free up wall sockets for a cleaner workspace or bedside setup.
- 【CE/UL Certified】Extendable and Rotating Outlet Built the CE/UL-listed design features surge protection ensures worry-free indoor use, This Extendable Outlet Plug Extends with ABS+PC high strength composite

$36.99

FREE delivery **Monday, February 2** to Sewickley 15143 for Prime members. Order within 9 hrs 38 mins

**Only 10 left in stock - order soon.**

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | BOYOUKEJI |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

**Add a Protection Plan:**

- [ ] 2-Year Protection Plan for $3.99
- [ ] 3-Year Protection Plan for $5.99
- [ ] Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**

Add to List


Hard-to-Reach Outlet Extender...
4.4 22
$49.99
Sponsored

amazon prime [redacted] Sewickley 15143 All Search Amazon EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics Books Pharmacy Today's Deals Best Sellers Buy Again


Pop up Outlet for Countertop,3.15-inch
4.5 313
$49.99
Shop now
Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets





Click to see full view

ectrical Outlet Extender
:ick,Access Hard to Reach
utlet Extender with USB-
,USB-C Port, 2 AC
utlets,Multi Plug Wall
utlet,Use Behind
ightstands, Sofa, Bed,
abinet,White

it the BOYODER Store
rch this page

-10% $35.99
Typical price: ~~$39.99~~ | Price history

Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.

ɔpping for work? Save 50% up to $50 on
ır Amazon Business orders. Sign up for a free
ɔiness account.

| | |
|---|---|
| **Brand** | BOYODER |
| **Color** | White |
| **Total Power Outlets** | 1 |
| **Voltage** | 110.0 |
| **Special Feature** | Retractable Cord, Rotating Outlet |

## About this item

- Adjustable & Rotating Outlet Extender for Hard-to-Reach Spaces This outlet extender stick extends from 22" to 34" and rotates 180°, making it perfect for tight spots behind nightstands, sofas, or desks. The electrical outlet extender ensures flexible positioning while keeping cords organized—ideal for homes, offices, or dorm rooms.
- Fast Multi-Device Charging with 5 Ports (USB & AC) Equipped with 2 USB-A (2.4A), 1 USB-C, and 2 AC outlets, this wall outlet extender powers phones, laptops, lamps, and appliances simultaneously. Eliminate clutter and free up wall sockets for a cleaner workspace or bedside setup.
- CE/ETL Certified for Safety & Fire Resistance Made with ABS+PC fireproof material (heat-resistant up to 130°C) and overload protection, this outlet extension is CE/ETL-certified for safety. Perfect for families, renters, and professionals who prioritize durable, worry-free power access.

**Ask Rufus**

Can it be used with a power strip? Does it have surge protection?
Is it easy to install? Why you might like this
Compare with similar Ask something else

$35.99

$6.97 delivery **Monday, February 9** to Sewickley 15143. Details

Or fastest delivery **Friday, January 30**. Order within 1 hr 33 mins. Details

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | BOYOUKEJI |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

**Add a Protection Plan:**

- 2-Year Protection Plan for $3.99
- 3-Year Protection Plan for $5.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**

Add to List


2.5 inch Hole Pop up Outlet for...
4.5 1,171
$99.99
Sponsored










Click to see full view

**Ask Rufus**

Can it be used with a power strip? | Does it have surge protection? | Is it easy to install? | Why you might like this | Compare with similar | Ask something else

# Electrical Outlet Extender Stick-Access Hard to Reach Outlet Extender with USB-A,USB-C Port,2 AC Outlets,Extend 22”to 34”,Rotates180°Multi Plug Wall Outlet,Use Behind Couches,Nightstands,Desks, Bed etc

Visit the BOYODER Store

Search this page

$49.85

Price history

Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

| | |
|---|---|
| **Brand** | BOYODER |
| **Color** | White |
| **Total Power Outlets** | 2 |
| **Voltage** | 110 Volts |
| **Special Feature** | Lightweight, Retractable Cord, Rotating Outlet |

## About this item

- Adjustable & Rotating Outlet Extender for Hard-to-Reach Spaces This outlet extender stick extends from 22" to 34" and rotates 180°, making it perfect for tight spots behind nightstands, sofas, or desks. The electrical outlet extender ensures flexible positioning while keeping cords organized—ideal for homes, offices, or dorm rooms.
- Fast Multi-Device Charging with 5 Ports (USB & AC) Equipped with 2 USB-A (2.4A), 1 USB-C, and 2 AC outlets, this wall outlet extender powers phones, laptops, lamps, and appliances simultaneously. Eliminate clutter and free up wall sockets for a cleaner workspace or bedside setup.
- ETL/UL Certified for Safety & Fire Resistance Made with ABS+PC fireproof material (heat-resistant up to 130°C) and overload protection, this outlet extension is ETL/UL-certified for safety. Perfect for families, renters, and professionals who prioritize durable, worry-free power access.

$49.85

$6.98 delivery **Monday, February 9** to Sewickley 15143. Details

Or fastest delivery **Friday, January 30**. Order within 1 hr 29 mins. Details

**Only 1 left in stock - order soon.**

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | BOYOUKEJI |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

See more

**Add a Protection Plan:**

- [ ] 2-Year Protection Plan for $4.99
- [ ] 3-Year Protection Plan for $6.99
- [ ] Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**

Add to List




5-in-1
Electric Outlet Extender Stick
1
USB C PORTS
2
2 * USB A PORTS
2
2*AC OUTLETS


PROTECTION FOR HIGH
POWER DEVICES


180°SWIVEL PLUG
Adjust Angles Instantly to Avoid Obstacles
Stable Mounted
Horizontal Socket
Vertical Socket


PRODUCT SIZE


BUILT WITH YOURSAFETY IN MIND


TAME YOUR CABLE CHAOS


APPLICABLE TO MULTIPLE SCENARIOS


EFFICIENT CHARGING

## Detailed Seller Information

**Business Name:** shenzhenshiboyoukuajingkejiyouxiangongsi
**Business Address:**
龙华街道玉翠社区东环二路495号
鸿宇大厦1156
深圳市
龙华区
广东
518110
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Information about the FTC Prime settlement
- Registry & Gift List
- Help

English United States

12 results

Sort by: Featured

**Delivery**

All Prime

**Department**

Automotive
Electronics
Musical Instruments
Patio, Lawn & Garden
Tools & Home Improvement

**Customer Reviews**

& Up

**Deals & Discounts**

All Discounts

**Condition**

New

**Availability**

Include Out of Stock

**International Shipping**

International Shipping Eligible

## Results

Check each product page for other buying options.

Previously viewed



Electrical Outlet Extender Stick - Features USB-A, USB-C and 2 AC Outlets, Extends 22"-34", Rotates 180° Access…

4.4 (4)

100+ bought in past month

$36.99

prime Two-Day

FREE delivery **Fri, Jan 30**

**Arrives with upcoming delivery**

Add to cart



Electrical Outlet Extender Stick,Access Hard to Reach Outlet Extender with USB-A,USB-C Port,2 AC…

5.0 (1)

$37.99

$6.97 delivery **Wed, Feb 11**

Or fastest delivery **Fri, Jan 30**

Add to cart



Electrical Outlet Extender Stick - With USB-A,USB-C and 2 AC Outlets, Power Socket Expander Extends 22"-34",180…

4.4 (5)

$36.99

FREE delivery **Mon, Feb 2** for Prime members

Only 10 left in stock - order soon.

Add to cart



Electrical Outlet Extender Stick,Access Hard to Reach Outlet Extender with USB-A,USB-C Port, 2 AC…

$35.99 Typical: ~~$39.99~~

$6.97 delivery **Mon, Feb 9**

Or fastest delivery **Fri, Jan 30**

Add to cart



Desktop USB Computer Microphone Condenser Microphone with Foldable Tripod P-o-p Filter for PC Vid…

USB

$50.00

amazon prime

# Secure checkout

**Delivering to [redacted] BOYOUKEJI**

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Add delivery instructions

Change

[redacted]

Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

## Arriving Jan 30, 2026

If you order in the next 9 hours and 45 minutes



Electrical Outlet Extender Stick - Features USB-A, USB-C and 2 AC Outlets, Extends 22"-34", Rotates 180° Access Hard-to-Reach Outlets, Wall Plug Power Socket Expander Nightstands, Sofa, Desks and More

**$36.99**

prime & FREE Returns

Ships from Amazon.com

Sold by BOYOUKEJI

1

Add gift options

◉ **Fastest** Friday, Jan 30 FREE

○ **Amazon Day** Monday, Feb 2 FREE

Lower carbon delivery

Place your order

**Order total: $39.21**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $36.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $2.22 |
| **Order total:** | **$39.21** |

amazon prime | All | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Books | Pharmacy | Today's Deals | Best Sellers

## Order placed, thanks!

Confirmation will be sent to your email.

**Shipping to** [redacted] **BOYOUKEJI,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Friday, Jan. 30**
Estimated delivery



You saved **$10.49** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

### Inspired by your shopping trends




Watch more on Amazon Live



EZ Outlet
$49.88 $5

Ad




**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee

Learn more

### Consider these items

Page 1 of 2



VisioGear True 4K Night Vision Binoculars – Night Thunder X1 Night Vision Goggles for Adults with 3940ft Range, Full Colo…
258
$229.99
prime FREE Delivery
**Saturday, Jan 31**
Add to cart



Mudder LED Clip on Cap Lights USB Rechargeable Cap Flashlight Clip Waterproof Ultra Bright Hat Flashlight Headlam…
2,777
$16.99 ($8.50/count)
prime FREE Delivery
**Saturday, Jan 31**
Add to cart



NEBO SLYDE King 4 Work Flashlight | 4 Lumens, 7 Light Mo Magnetic Base, Rechargeable COB
4,993
$78.95
Get it as soon as **Satur**
**Feb 7**
FREE Shipping by Ama
Only 5 left in stock - o
Add to cart

### Items you may like

Sponsored

# Seller Display Name

# BoyunDirect

# Seller ID

# A166G3KEM2MI2S

amazon prime [redacted] Sewickley 15143 All outlet extender EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics Amazon Business Books Pharmacy Today's Deals Best Sellers

Electronics New Arrivals Deals Cell Phones Computers TV & Video Headphones Office Electronics Camera & Photo Wearable Technology



2 Pack Electrical Outlet Extender Stick Fea... $59.99 Shop now
4.7 81
Sponsored

Electronics › Accessories & Supplies › Power Strips & Surge Protectors › Power Strips



VIDEO



Click to see full view

**Ask Rufus**

Can it be used with a power strip? | Does it have surge protection? | Is it easy to adjust the length? | Why you might like this | Compare with similar | Ask something else

# Outlet Extender Stick - Features 3 USB-A, 1 USB-C and 3 AC Outlets, Extends 17.7"-27.6", Rotates 180° Access Hard-to-Reach Outlets, Wall Electrical Outlet Extender Expander Sofa,Nightstands, Desks

Visit the Boyun Store

5.0 ★★★★★ (1) | Search this page

**Lowest price in 30 days**

-10% $44.99

List Price: ~~$49.99~~ | Price history

**Get a $150 Gift Card:** Pay $0.00 ~~$44.99~~ upon approval for Prime Visa. No annual fee.

prime

FREE Returns

Exclusive Prime price

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

| | |
|---|---|
| **Brand** | Boyun |
| **Color** | White |
| **Special Feature** | Light Indicator, Surge Protection, Usb Slot |
| **Total USB Ports** | 4 |
| **Material** | Plastic |

## About this item

- WALL ELECTRICAL OUTLET EXTENDER: Extends from 17.7" to 27.6" and features a 180° rotating base, allowing flexible positioning—vertical, horizontal, or anywhere in between for the perfect fit in any space.
- ALL-IN-ONE CHARGING HUB: Equipped with 3 USB-A, 1 USB-C, and two 3 AC outlets, this power hub lets you charge multiple devices at once. Delivers up to 5V/2.4A from the USB ports for fast, efficient charging.
- NO INSTALLATION NEEDED: Just plug it into any existing wall outlet—no tools, no wiring, no hassle. Ready to use right out of the box.
- INCLUDES DAMAGE-FREE VELCRO COMMAND STRIPS: Mounts securely to the

$44.99

prime

FREE delivery **Thursday, February 5** to Sewickley 15143.
Order within 12 hrs 32 mins
**Arrives with upcoming delivery**

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | BoyunDirect |
| Returns | FREE 30-day refund/replacement |
| Customer service | Amazon |

See more

**Add a Protection Plan:**

- ☐ 2-Year Protection Plan for $4.99
- ☐ 3-Year Protection Plan for $6.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**

Add to List



Sleek Socket Original & Patente...
4.6 59,134
$27.98
Sponsored






PRODUCT SIZE
17.5in
After extension
25.6in
1.85in
2.24in


Smart Charging Hub
Versatile AC Outlets
Extended Reach, Minimalist Design
Power Anywhere


360° ROTATION
Freedom To Stretch And Retract
Flexibility & Reach
Adjustable sockets rotate 180° left & right for easy access and a tidy desk
Can be rotated 180°
Can be rotated 180°


WHY WE INCLUDE ADHESIVE STRIPS:
FLEXIBLE & WALL-FRIENDLY
Adhesive Strips
Drill-Free & Damage-Free Mounting.
Securely holds without screws.
Protects walls & furniture.
Easy to detach & reposition.
Traditional Screw Mounting.
Requires drilling.
Permanent holes.
Damages wall surface.
Difficult to move.




Smart Charging Hub
Versatile AC Outlets
Extended Reach, Minimalist Design
Power Anywhere

~~en lo absoluto~~ "

By Amazon Customer on January 16, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★

"I loved it, I highly recommend it"

By Mônica R. on January 10, 2026.

"Thank you for your recognition of our products, I hope our products can bring joy."

By BoyunDirect on January 11, 2026.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Guangzhou boyun network technology co., ltd
**Business Address:**
迎新路6号
1栋401室-B416
广州
天河区
广东
510000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders

amazon prime [redacted] Sewickley 15143 BoyunDirect Search Amazon EN [redacted] Account & Lists Returns & Orders 0
All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics Amazon Business Books Pharmacy

8 results Sort by: Featured

**Delivery**
All Prime

**Delivery Day**
Get It by Tomorrow

**Department**
Electronics
Home & Kitchen
Tools & Home Improvement

**Customer Reviews**
& Up

**Deals & Discounts**
All Discounts
Today's Deals

**Condition**
New

**International Shipping**
International Shipping Eligible

**Availability**
Include Out of Stock

## Results

Check each product page for other buying options.



Cake Decorating Kit,137pcs Cake Decorating Supplies with Cake Turntable for Decorating,Pastry Piping Bag,Russian…
4.6 (5.5K)
1K+ bought in past month
Limited time deal
$21.68 List: ~~$25.99~~
prime Two-Day
FREE delivery **Wed, Feb 4**
Add to cart



Dessert Decorating Syringe Set, Icing Piping Kit Stainless Steels Cake Decorating Tools 30 Piping Icing Nozzles…
4.4 (82)
100+ bought in past month
$27.89 List Price: ~~$29.99~~
Exclusive Prime price
prime Tomorrow
FREE delivery **Tomorrow, Feb 3**
Add to cart



Cake Decorating Kit, 138pcs Cake Decorating Supply with Aluminium Cake Turntable, 64 Numbered Icing Piping…
4.6 (396)
100+ bought in past month
$34.66
prime Tomorrow
FREE delivery **Tomorrow, Feb 3**
Add to cart




Boyun Acrylic Cake Disc, Clear Cake Decorating Supplies with 8 Round Acrylic Discs,2 Icing Scraper And 4 Center…
4.6 (110)
50+ bought in past month
$26.99 List Price: ~~$29.99~~
Exclusive Prime price
prime Two-Day
FREE delivery **Wed, Feb 4**
Add to cart



Boyun Acrylic Round Cake Disk Set,Acrylic Cake Discs Set,Comb Scrapers,Dowel Rods,Icing Scraper,Acrylic…

amazon prime

# Secure checkout

**Delivering to [redacted] BoyunDirect**

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Change

Add delivery instructions

[redacted]

Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

## Arriving Feb 5, 2026

If you order in the next 12 hours and 17 minutes



Outlet Extender Stick - Features 3 USB-A, 1 USB-C and 3 AC Outlets, Extends 17.7"-27.6", Rotates 180° Access Hard-to-Reach Outlets, Wall Electrical Outlet Extender Expander Sofa,Nightstands, Desks

**$44.99**

prime & FREE Returns

Exclusive Prime price

Ships from Amazon.com

Sold by BoyunDirect

1

Add gift options

◉ **Fastest** Thursday, Feb 5 FREE

○ **Amazon Day** Monday, Feb 9 FREE

Lower carbon delivery

Place your order

**Order total: $47.69**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $44.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $2.70 |
| **Order total:** | **$47.69** |

## Order placed, thanks!

Confirmation will be sent to your email.

**Shipping t** [redacted] **BoyunDirect,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Thursday, Feb. 5**
Estimated delivery



You saved **$10.48** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

### Inspired by your shopping trends




Watch more on Amazon Live



**Featured now**
Outlet
24% off
Ad

amazon pay
Use your Amazon account

**Just click the Amazon Pay button to use the information already stored in your Amazon account at no cost.**

Learn more

### Items you may like

Page 1 of 3



SUPERONE Retractable iPhone charger, 4-Port USB C Charger Block, iPhone Chargers Fast Charging with USB C &…
351
$32.99
prime FREE Delivery **Wednesday, Feb 4**
Add to cart



Metal Zip Ties Black,With Special Fastening And Cutting Tools,150 Pcs 11.8 Inch,Multi-Purpose Stainless Steel Cable Ti…
205
-11% $46.99
List: ~~$52.99~~
prime FREE Delivery **Friday, Feb 6**
Add to cart



4 in 1 Retractable \ Charger with Dual Cables,40W Retrac Phone Charger Wal with Dual USB Port
626
$29.99
prime FREE Delivery **Wednesday, Feb 4**
Add to cart



### Explore more items

Sponsored

# Seller Display Name

# C.Joy

# Seller ID

# A4Z8G2X5O043G

amazon prime [redacted] Sewickley 15143 All ez outlet electrical outlet extender EN [redacted] Account & Lists Returns & Orders 0
All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics 23:36:27
Electronics New Arrivals Deals Cell Phones Computers TV & Video Headphones Office Electronics Camera & Photo Wearable Technology
Shop SilkFun
Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets





Click to see full view

Ask Rufus

Can it be used with a power strip? | Does it have a flat plug? | Is it easy to adjust the length? | Why you might like this | Compare with similar | Ask something else

# Electrical Outlet Extender Stick, Power Outlet Extender, Equipped with USB-A,USB-C and 2 Ac Power Outlets, Rotates 180°, Extends 18-28 Inches, Suitable for Bedside Tables, Sofas, Desks, Etc.

Visit the Aimery Store

4.0 ★★★★☆ (8) | Search this page

**50+ bought** in past month

$26.99

Price history

Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.

prime Two-Day

FREE Returns

Save 6% on 2 select item(s) Terms

| | |
|---|---|
| **Brand** | Aimery |
| **Color** | White |
| **Total Power Outlets** | 2 |
| **Voltage** | 125 Volts |
| **Special Feature** | Retractable Cord, Surge Protection |

## About this item

- Telescopic Rotating Socket Extension Rod: This Socket Extension Rod Is Telescopically Adjustable From 18 To 28 Inches In Length And Features A 180° Rotating Base. Its Telescopic Rotating Design Allows For Flexible Placement, Even In Confined Spaces Or Where Appliance Placement Is Inconvenient.
- Multi-Functional Charging Socket Extender: Equipped With One Usb-A Port, One Usb-C Port, And Two Ac Power Outlets, It Can Simultaneously Charge Mobile Phones, Tablets, Laptops, And Home Appliances. It Supports Intelligent 5v/2.4a Output To Optimize Charging Speed For All Devices.
- Sleek Design, Easy Installation: No Installation Is Required; Simply Plug This Extension Rod Into Any Existing Power Outlet For Instant Power. This Convenient

$26.99

prime Two-Day

FREE delivery **Friday, February 13** to Sewickley 15143. Order within 2 hrs 5 mins

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | C.Joy |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

**Save this item**

Add to List



Hard-to-Reach Outlet Extender...
4.5 26
$47.49

Sponsored

amazon prime [redacted] Sewickley 15143 All Search Amazon EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics 23 : 26 : 19






Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets





Click to see full view

Ask Rufus

How far does it extend? | Does it rotate 360 degrees? | What devices can I charge? | Why you might like this | Compare with similar | Ask something else

# Electrical Outlet Extender Stick, Equipped with USB-A,USB-C and 2 Ac Power Outlets, Rotates 180°, Extends 22-34 Inches, Wall Plug Power Socket Expander Nightstands, Sofa, Desks and More (1)

Visit the Aimery Store

Search this page

$39.99

Price history

Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.

prime

Number of Items: **1**

| | |
|---|---|
| **Brand** | Aimery |
| **Color** | White |
| **Total Power Outlets** | 5 |
| **Voltage** | 120 Volts |
| **Special Feature** | Abrasion Resistant, Adjustible height body extedns from 22-34", Lightweight, Mountable, Scratch |

## About this item

- 1 elescopic Rotating Socket Extension Rod: This Socket Extension Rod Is Telescopically Adjustable From 22 To 34 Inches In Length And Features A 180° Rotating Base. Its Telescopic Rotating Design Allows For Flexible Placement, Even In Confined Spaces Or Where Appliance Placement Is Inconvenient.
- 2 Multi-Functional Charging Socket Extender: Equipped With Two Usb-A Port, One Usb-C Port, And Two Ac Power Outlets, It Can Simultaneously Charge Mobile Phones, Tablets, Laptops, And Home Appliances. It Supports Intelligent 5v/2.4a Output To Optimize Charging Speed For All Devices.
- 3 Sleek Design, Easy Installation: No Installation Is Required; Simply Plug This Extension Rod Into Any Existing Power Outlet For Instant Power. This Convenient Plug Extender Requires No Tools Or Complicated Wiring. Its Robust Design Ensures Safety During Use.
- 4 Safety Certification, Peace Of Mind: This Product Is Etl Certified And Features Built-In

$39.99

prime

Deliver to Brian - Sewickley 15143

This item will be released on March 5, 2026.

Pre-order now.

Quantity: 1

Pre-order now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | C.Joy |
| Returns | 30-day refund / replacement |
| Gift options | Available at checkout |

See more

**Add a Protection Plan:**

- [ ] 2-Year Protection Plan for $3.99
- [ ] 3-Year Protection Plan for $5.99
- [ ] Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**

Add to List

Sponsored




Adjustable Length
18.5-26.5 InchesRetractable
18.5"
27"


2 AC OUTLETS
1 USB A Port
1 USB C Port
Adjustable Length


One Socket Supports Multiple Modes
Phone
Pad
Computer
TV
Other
180°ROTATION


Retractable And Rotatable
Multi-Port Usb-A And Usb-C


Unique Design Of Power Socket Extension Rod


Get rid of the trouble of insufficient
desk
bedroom
kitchen
living room

## Detailed Seller Information

**Business Name:** Chengdu Tianjuelai E-commerce Co., Ltd.
**Business Address:**
附OL-05-202312060号
天府新区正兴街道蜀州路2828号
成都市
四川
621000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English
United States

amazon prime [redacted] Sewickley 15143 C.Joy Search Amazon EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics Amazon Business Books Pharmacy

8 results Sort by: Featured

**Delivery**

- All Prime

**Department**

Arts, Crafts & Sewing
Baby Products
Home & Kitchen
Industrial & Scientific
Tools & Home Improvement
Toys & Games

**Customer Reviews**

& Up

**Deals & Discounts**

All Discounts

**Condition**

New

**Availability**

- Include Out of Stock

**International Shipping**

- International Shipping Eligible

## Results

Check each product page for other buying options.

Previously viewed



Electrical Outlet Extender Stick, Power Outlet Extender, Equipped with USB-A,USB-C and 2 Ac Power Outlets, Rotates 180°, Extends 18-28 Inche…

4.0 (8)

50+ bought in past month

$26.99

Save 6% on 2 select item(s)

prime Two-Day

FREE delivery **Fri, Feb 13**

Add to cart



Wooden Colorful 3D Russian Building Blocks Toy, Wooden Stacking Puzzle, Montessori Building Blocks Toy, Children's Puzzle Board, Board Game…

5.0 (1)

$19.99

Ages: 18 months - 10 years

FREE delivery **Tue, Feb 17** for Prime members

Only 17 left in stock - order soon.

Add to cart



Aimery 2026 New Embroidery Pattern Set,Embroidery Stitch Book, Includes 106 Universal Stitch Patterns, A Complete Tool Kit, and…

$19.99

prime Two-Day

FREE delivery **Fri, Feb 13**

Add to cart



1500w Immersion Water Heater, Portable Water Heater with LCD Thermometer, Rapid Heating, Intelligent Temperature Control, 304…

5.0 (2)

$19.99

prime Two-Day

FREE delivery **Fri, Feb 13**

Add to cart



Titanium Cutting Board For Kitchen,100% Pure Titanium Cutting Board,Food GradeQuality,Non-Stick Double-Sided Cutting,Dishwasher Sa…

3.9 (14)

$9.99

amazon prime

Secure checkout

**Delivering to** [redacted] **C.Joy**

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Add delivery instructions

Change

[redacted]

Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

## Arriving Feb 13, 2026

If you order in the next 1 hour and 54 minutes



Electrical Outlet Extender Stick, Power Outlet Extender, Equipped with USB-A,USB-C and 2 Ac Power Outlets, Rotates 180°, Extends 18-28 Inches, Suitable for Bedside Tables, Sofas, Desks, Etc.

**$26.99**

prime & FREE Returns

Ships from Amazon.com

Sold by C.Joy

1

Add gift options

◉ **Fastest** Friday, Feb 13 FREE

○ **Amazon Day** Tuesday, Feb 17 FREE

Lower carbon delivery

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $26.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $1.62 |
| **Order total:** | **$28.61** |

Place your order

**Order total: $28.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

amazon prime | All | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | 23 : 28 : 10

## Order placed, thanks!

Confirmation will be sent to your email.

**Shipping to** [redacted] **C.Joy,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Friday, Feb. 13**
Estimated delivery



You saved **$10.47** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

### Inspired by your shopping trends




Watch more on Amazon Live



**Featured now**
MixAid
$49.99 $6…
Ad…




**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee

Learn more

### Consider these items

Page 1 of 2



NEBO SLYDE King 4K Work Flashlight | 4000 Lumens, 7 Light Modes, Magnetic Base, Rechargeable COB & LE…
5,007
-6% $74.99
List: ~~$79.99~~
prime FREE Delivery **Saturday, Feb 14**
Add to cart



Bike Lights,Bike Light for Night Riding,10000Lumen LED Bike Headlight,Rechargeabl…
628
-14% $42.99
List: ~~$49.99~~
prime FREE Delivery **Friday, Feb 13**
Add to cart




FixLiburt 17000 Lu… Bright Camping Headlamp Functior… Modes Motion Sens… Adjustable Focus, 9…
35
$27.99
prime FREE Delivery **Feb 13**
Add to cart



Sponsored

### Top picks for you

# Seller Display Name

# Casesmile

# Seller ID

# A13X88IZ7T5G1S

amazon prime [redacted] Sewickley 15143 | Electronics | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Books | Pharmacy | Today's Deals | Best Sellers | Buy Again

**Electronics** | New Arrivals | Deals | Cell Phones | Computers | TV & Video | Headphones | Office Electronics | Camera & Photo | Wearable Technology


Electrical Outlet Extender Stick-Extension... $49.99 Shop now
4.8 39
Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets

**Purchased another variation 1 time**
Last purchased Jan 28, 2026 | Size: **2AC, 1 Pack** | View item






Click to see full view

# et Extender Stick - ures USB-A, USB-C and Outlets, Extends 34", Rotates 180° ss Hard-to-Reach ets, Wall Plug Power et Expander tstands, Sofa, Desks More

haodsso Store
(346) | Search this page
**100+ bought** in past month

Limited time deal
-11% $79.99
List Price: $89.99 | Price history
Or $20.00 /2 weeks (x4). Select from 2 plans
Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.
FREE Returns
Redeem | Save 10% with brand promotion
T3R1H1NN937C Shop items ›
Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.
Size: **2AC, 2 Pack**

| 2AC, 1 Pack | 2AC, 2 Pack |
|---|---|
| $37.98 | $79.99 |
| ~~$49.99~~ | ~~$89.99~~ |
| FREE Delivery **Monday** | FREE Delivery **Tuesday** |

| | |
|---|---|
| **Brand** | haodsso |
| **Color** | White |
| **Total Power Outlets** | 5 |
| **Voltage** | 120 Volts |
| **Special Feature** | Abrasion Resistant, Adjustible height body extedns from 16-35", Lightweight, Mountable, Scratch |

**Ask Rufus**
- Can this outlet extender be used with a power strip?
- Does the outlet extender have surge protection?
- How many devices can be charged at once?
- Why you might like this
- Compare with similar
- Ask something else

$79.99
FREE delivery **Tuesday, February 3** to Sewickley 15143 for Prime members. Order within 4 hrs 4 mins
In Stock
Quantity: 1
Add to cart
Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Casesmile |
| Returns | FREE 30-day refund/replacement |
| Support | Product support included |

See more

**Add a Protection Plan:**
- 2-Year Protection Plan for $7.99
- 3-Year Protection Plan for $9.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**
Add to List

Sponsored


Electrical Outlet Extender Stick-Extension...
4.8 39
$49.99
Shop now
Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets





Click to see full view

# Outlet Extender Stick - Features USB-A, USB-C and 2 AC Outlets, Extends 22"-34", Rotates 180° Access Hard-to-Reach Outlets, Wall Plug Power Socket Expander Nightstands, Sofa, Desks and More

Visit the haodsso Store
4.3 (346) | Search this page
**1K+ bought** in past month

Limited time deal
-24% $37.98
List Price: ~~$49.99~~ | Price history

Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.

FREE Returns

Redeem Save 10% with brand promotion
T3R1H1NN937C Shop items ›

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Size: **2AC, 1 Pack**

| 2AC, 1 Pack | 2AC, 2 Pack |
| --- | --- |
| $37.98 ~~$49.99~~ FREE Delivery **Monday** | $79.99 ~~$89.99~~ FREE Delivery **Tuesday** |

| | |
| --- | --- |
| **Brand** | haodsso |
| **Color** | White |
| **Total Power Outlets** | 5 |
| **Voltage** | 120 Volts |
| **Special Feature** | Abrasion Resistant, Adjustable height body extedns from 16-35", Lightweight, Mountable, Scratch |

## About this item

- 【Electrical Outlet Extender】Adjustable Outlet Extender with Rotating Design Maximize your charging flexibility with this extendable outlet extender, Electrical Outlet Extender From 22" To 34", Rotates 180°

### Ask Rufus

Can it be used with a power strip? Does it have surge protection? Is it easy to rotate? Why you might like this Compare with similar Ask something else

$37.98

FREE delivery **Monday, February 2** to Sewickley 15143 for Prime members. Order within 4 hrs 32 mins
**Arrives with upcoming delivery**

In Stock

Quantity: 1

Add to cart
Buy Now

| | |
| --- | --- |
| Ships from | Amazon |
| Sold by | Casesmile |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

**Add a Protection Plan:**
- 2-Year Protection Plan for $3.99
- 3-Year Protection Plan for $5.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**
Add to List


Electrical Outlet Extender Stick...
4.8 22
$49.99
Sponsored


Outlet Extender Stick - Features USB-A, USB-C and 2 AC Outlets, Extends 22"-34", Rotates 180° Access Hard-to-Reach Outlets, Wall Plug Power Socket...


TOOL-FREE INSTALLATION
180°


MULTIPLE PLUGS
DELTA JACKS + USB + TYPE-C
1. MULTI-DEVICECHARGING, SIMULTANEOUSLYPOWERED
2. PHONES,TABLETS,LAPTOPS, APPLIANCES-ALLSUPPORTED
3. NOADAPTERSNEEDED, EFFORTLESS EFFICIENCY


TAME YOUR CABLE CHAOS
Living Room
Bedroom
Office
Dorm Room


2 AC Outlets
USB A Ports
USB C Ports
Safe charging


180° ROTATING PLUG
Adjust Angles Instantly to Avoid Obstacles
180°


FLEXIBLE EXTENSION
23*2.36*1.97in
AFTER EXTENSION
34.72*2.36*1.97in

# Casesmile

Visit the Casesmile storefront

★★★★★ | **100% positive** in the last 12 months (13 ratings)



**Outlet Extender Stick - Features ...**

$37.98

Add to cart

## About Seller

Casesmile is committed to providing each customer with the highest standard of customer service.

**Have a question for Casesmile?**

Ask a question

## Reviews

★★★★★ 5 out of 5

13 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

13 total ratings, 13 with feedback for 12 months

★★★★★ "Great!"

By Jennie A. Robertson on January 26, 2026.

★★★★★ "it was good"

By The calendar had a big crease in it that wouldn't come out..!! on January 12, 2026.

★☆☆☆☆ "~~Never received - need refund~~"

By Julie Yaeger on January 8, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Bought it for a gift didn't hear anything back yet"

By Joseph Gentile on January 4, 2026.

★★★★★ "Came as advertised"

By Martha on December 30, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshishengxinkejiyouxiangongsi

**Business Address:**

前海深港合作区
前湾一路1号A栋201室
深圳市

广东
518000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Information about the FTC Prime settlement
Registry & Gift List
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads
IMDb
IMDbPro
Kindle Direct Publishing
Amazon Photos
Prime Video Direct
Shopbop

amazon prime [redacted] Sewickley 15143 Casesmile Search Amazon EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics Books Pharmacy Today's Deals Best Sellers

1 result

Sort by: Featured

**Delivery**

All Prime

**Department**

Tools & Home Improvement

**Customer Reviews**

& Up

**Deals & Discounts**

All Discounts

Today's Deals

**Condition**

New

**International Shipping**

International Shipping Eligible

**Availability**

Include Out of Stock

Sponsored

## Results

Check each product page for other buying options.

Previously viewed



Outlet Extender Stick - Features USB-A, USB-C and 2 AC Outlets, Extends 22"-34", Rotates 180° Access Hard-to-…

4.3 (346)

1K+ bought in past month

Limited time deal

$37.98 List: ~~$49.99~~

Save 10% with brand promotion

FREE delivery **Mon, Feb 2** for Prime members

**Arrives with upcoming delivery**

Add to cart

## Need help?

Visit the help section or contact us

Sponsored

amazon prime

# Secure checkout

**Delivering to [redacted] Casesmile** Change

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Add delivery instructions

[redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

## Arriving Feb 2, 2026

If you order in the next 4 hours and 6 minutes



Outlet Extender Stick - Features USB-A, USB-C and 2 AC Outlets, Extends 22"-34", Rotates 180° Access Hard-to-Reach Outlets, Wall Plug Power Socket Expander Nightstands, Sofa, Desks and More

24% off Limited time deal

**$37.98**

& FREE Returns

Ships from Amazon.com

Sold by Casesmile

1

Add gift options

◉ **Monday, Feb 2** FREE

Place your order

**Order total: $40.26**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $37.98 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $2.28 |
| **Order total:** | **$40.26** |

## Order placed, thanks!

Confirmation will be sent to your email.

**Shipping t** [redacted] **Casesmile,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Monday, Feb. 2**
Estimated delivery



Review or edit your recent orders ›

### Inspired by your shopping trends




Watch more on Amazon Live



**Featured now**
Beauty

Se





**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee

Learn more


### Consider these items

Page 1 of 2



NEBO SLYDE King 4K Work Flashlight | 4000 Lumens, 7 Light Modes, Magnetic Base, Rechargeable COB & LE…
4,993
$78.95
Get it as soon as **Thursday, Feb 12**
FREE Shipping by Amazon
Only 6 left in stock - order…
Add to cart




Fenix HP35R 4000 Lumen USB-C Rechargeable Headlamp, with Spotlight, Floodlight an…
70
Amazon's Choice
$229.95
prime FREE Delivery
**Saturday, Jan 31**
Add to cart



DARKBEAM COB Floodlight Headlan Rechargeable with Light, 2000 Lumen Headlight - Car…
1,094
$25.99
prime FREE Delivery
**Saturday, Jan 31**
Add to cart

### Explore more items

Sponsored

# Seller Display Name

# CloudValley-Direct

# Seller ID

# A23O8WN1PWUXRO

amazon prime [redacted] Sewickley 15143 | All | outlet extender | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Business | Amazon Basics | Books | Pharmacy | Today's Deals | Best Sellers

**Electronics** | New Arrivals | Deals | Cell Phones | Computers | TV & Video | Headphones | Office Electronics | Camera & Photo | Wearable Technology


2 Pack Electrical Outlet Extender Stic...
4.7 78
$59.99
Shop now

Sponsored

Electronics › Accessories & Supplies › Power Strips & Surge Protectors › Power Strips







Click to see full view

**Ask Rufus**

How long can this outlet extender reach?

Does it work with furniture behind sofas?

Can I use both adhesive and screw mounting?

Why you might like this

Compare with similar

Ask something else

# Electrical Outlet Extender Stick, 4-Way Directional Plug Expander, USB-C/2 USB-A & 2 AC Outlets, 8"-45" Extendable, Secure Screw Mount for Sofa Bedside Home Office,Hard-to-Reach Outlets Solution

Visit the CloudValley Store

3.9 ★★★★☆ (3) | Search this page

$55.99

Price history

Or $14.00 /2 weeks (x4). Select from 2 plans

prime

Coupon price $39.19 Terms

Save 5% on 2 select item(s) Shop items ›

Save 10% on 5 select item(s) Shop items ›

With **Amazon Business**, you would have **saved $84.44** in the last year. Create a free account and **save up to 5%** today.

| | |
|---|---|
| **Brand** | CloudValley |
| **Color** | Grey |
| **Total Power Outlets** | 2 |
| **Special Feature** | Durable, Mountable, Short Circuit Protection |
| **Total USB Ports** | 3 |

## About this item

- 【Stable & Secure Socket Extender】 Designed with a fixed 4-way plug structure for reliable daily use. Dual installation options—strong adhesive pads or screw mounting—help reduce movement and rotation commonly associated with traditional socket extenders. Once installed, it stays securely in place on a variety of wall surfaces, making it suitable for both renters and homeowners.
- 【Adjustable Length from 8" to 45" (4 Modular Segments)】 Featuring 4 detachable segments, this outlet extender allows flexible length adjustment from 8 inches to 45 inches. Easily reach outlets behind sofas, beds, dressers, or cabinets and choose the

$55.99

prime

FREE delivery **Monday, February 2** to Sewickley 15143. Order within 3 hrs 55 mins

Shorter shipping distance

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | CloudValley-Direct |
| Returns | 30-day refund / replacement |
| Customer service | Amazon |

See more

**Add a Protection Plan:**

- 2-Year Protection Plan for $5.99
- 3-Year Protection Plan for $7.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**

Add to List

amazon business

**Save up to 5%** on this product with business-only pricing.

Create a free account




FCC Safety Certified
The ultimate solution for
all charging needs.


Stackable And Sleek
Design
Effortlessly Expands To Fit Your Space
4-Way Plug
44.8 IN
35.6 IN
26.4 IN
17.2 IN
8.02 IN


Extend in 4 Directions
Flexible Stable, and Space-Saving


TWO SECURE
MOUNTING METHODS
Flexible Setup Choices
OPTION 1:
Velcro Fixing with
No Wall Damage.
OPTION 2:
Screw Fixing for Per-
manent Mounting.


Space-Saving Outlet
Easy to reach bed and sofa's back
1.9" Wide


DECLUTTER YOUR
HOME OFFICE
Streamlined Power Setup


WHY CHOOSE US?
Comparison of our products with other similar
OUR
OTHER
Disassembly
and Assembly
Height Adjustable
(8.02"-44.8")
Fits Behind Furniture
G Tight Spaces
2 USB-A Port and
1 USB-C Port


Suitable for many places
Dorm
Office
Living Room
Kitchen

CloudValley

# CloudValley-Direct

Visit the CloudValley-Direct storefront

★★★★★ | **100% positive** in the last 12 months (336 ratings)



**Electrical Outlet Extender Stick, ...**

$55.99

Add to cart

## About Seller

CloudValley - Shenzhen Cloudvalley Maker Technology Co., Ltd.
- 3C digital Accessories-Aggressive Brand.
- Company team from around the world to Makers composition.
- We are young, dynamic and imaginative.
- We aim to create a more innovative, innovation, simplicity and fun of digital technology products.

**Have a question for CloudValley-Direct?**

Ask a question

## Reviews

★★★★★ 4.9 out of 5
336 ratings

12 months

| | |
|---|---|
| 5 star | 94% |
| 4 star | 6% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

336 total ratings, 336 with feedback for 12 months

★★★★★ "They are just as shown."
By Athalyn Sweeney on January 30, 2026.

★★★★★ "Delivered on time and was easy to put on"
By Gerald Schultz on January 30, 2026.

★★★★★ "Si me llego me siento satisfecha"
By Amazon Customer on January 30, 2026.

★★★☆☆ "There are some hardware pieces that are missing. The nuts on the back of the holder are not here- S(4), U(4), T (4). I cannot assemble. If i cant get parts I'll..."
Read more
By Sterling Williams on January 26, 2026.

★★★★★ "."
By Amazon Customer on January 26, 2026.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhen Cloudvalley Maker Technology Co., Ltd.
**Business Address:**

南山区粤海街道后海蓝月湾畔1栋604
深圳市
广东
518054
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Information about the FTC Prime settlement
- Registry & Gift List
- Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data

amazon prime [redacted] Sewickley 15143 CloudValley-Direct Search Amazon EN [redacted] Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Business Amazon Basics Books Pharmacy

1-16 of 123 results

Sort by: Featured

**Delivery**

All Prime

**Department**

Automotive
Cell Phones & Accessories
Electronics
Health & Household
Office Products
Tools & Home Improvement
Video Games

**Customer Reviews**

& Up

**Deals & Discounts**

All Discounts

**Condition**

New

**International Shipping**

International Shipping Eligible

**Availability**

Include Out of Stock

## Results

Check each product page for other buying options. Price and other details may vary based on product size and color.




CloudValley [2 Pack] Tempered Glass Screen Protector for Nintendo Switch 2 (2025), 9H Hardness, Anti-Scratch, A…

4.2 (12)

$15.99

Coupon price $15.03

prime

FREE delivery **Mon, Feb 2**

Add to cart




CloudValley Steering Wheels for Nintendo Switch 2 (2025) JoyCons, Racing Wheels for Mario Kart 8 Deluxe, NS2…

4.8 (17)

Nintendo Switch 2

$17.99

Coupon price $16.91

prime

FREE delivery **Mon, Feb 2**

Add to cart



CloudValley [2 Pack Tempered Glass Screen Protector for Nintendo Switch 2 (2025), 9H Hardness, Anti-Scratch, A…

3.2 (28)

$10.99 ($5.50/count)

FREE delivery **Wed, Feb 4** for Prime members

Add to cart



CloudValley Charging Grip Stand for Nintendo Switch 2 2025 | Play While Charging, Portable Controller Charger…

4.4 (40)

Nintendo Switch 2

$15.99

prime

FREE delivery **Mon, Feb 2**

Add to cart



CloudValley 2-in-1 Grip Kit for Nintendo Switch 2 Joy-Cons [Holder + Wrist Strap] - Wear-Resistant Ergonomic…

3.6 (18)

amazon prime

Secure checkout

**Delivering t[redacted]CloudValley-Direct**

Change

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Add delivery instructions

FREE pickup available nearby

[redacted]

Change

Select a payment plan

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

## Arriving Feb 2, 2026

If you order in the next 3 hours and 35 minutes



Electrical Outlet Extender Stick, 4-Way Directional Plug Expander, USB-C/2 USB-A & 2 AC Outlets, 8"-45" Extendable, Secure Screw Mount for Sofa Bedside Home Office,Hard-to-Reach Outlets Solution

**$55.99**

prime

Ships from Amazon.com

Sold by CloudValley-Direct

1

Add gift options

◉ **Monday, Feb 2** FREE

Place your order

**Order total: $59.35**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $55.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $3.36 |
| **Order total:** | **$59.35** |

All | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Business | Amazon Basics | Books | Pharmacy

## Order placed, thanks!

Confirmation will be sent to your email.

**Shipping to** [redacted]**CloudValley-Direct,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Monday, Feb. 2**
Estimated delivery



You saved **$6.99** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

### Inspired by your shopping trends




Watch more on Amazon Live



Maxsure O
$37.99 $3

Ad



**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee

Learn more

### Items you may like

Page 1 of 2



4G LTE Cellular Trail Cameras 2K 360° View Live Streaming Game Camera Built-in SIM Car…
268
-27% $109.98
Limited time deal
List: ~~$149.99~~
prime FREE Delivery
**Monday, Feb 2**
Add to cart



NiaoChao 2Pack Headlamp Rechargeable, 99000 LM Super Bright LED Head Lamp with 3 Modes, 90° Adjustable…
36
$39.99 ($20.00/count)
prime FREE Delivery
**Monday, Feb 2**
Add to cart



Mudder LED Clip or Lights USB Recharg Cap Flashlight Clip Waterproof Ultra B Hat Flashlight Hea
2,781
$29.99 ($7.50/count)
prime FREE Delivery
**Monday, Feb 2**
Add to cart

### Discover more

Sponsored

# Seller Display Name
# Comercializadora Clicklife

# Seller ID
# AADQUOW4A5071

amazon prime | [redacted] Sewickley 15143 | All | ez outlet electrical outlet extender | EN | [redacted] Account & Lists | Returns & Orders | 0
All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | 08:57:35
Electronics | New Arrivals | Deals | Cell Phones | Computers | TV & Video | Headphones | Office Electronics | Camera & Photo | Wearable Technology
Shop now
Sponsored

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets



2+

Click to see full view

# et Extender Stick with -A & USB-C – stable 17"-27" ndable Wall Plug nder, 180° Rotating er Socket Expander | . for Behind Couches, tstands, Desks

: Clicklife Store

(2) | Search this page

$27.99

:tory

Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.

: Tomorrow

| | |
|---|---|
| | Clicklife |
| Color | White |
| Total Power Outlets | 2 |
| Special Feature | Short Circuit Protection, Rotatable Base, Easy Setup |
| Total USB Ports | 2 |

$27.99

prime Tomorrow

FREE delivery **Tomorrow, February 13** to Sewickley 15143. Order within 11 hrs 11 mins

**Arrives with upcoming delivery**

**Only 2 left in stock - order soon.**

Quantity: 1

Add to cart

Add to Tomorrow's Delivery

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Comercializadora Clicklife |
| Returns | 30-day refund / replacement |
| Gift options | Available at checkout |

See more

**Save this item**

Add to List

Ask Rufus

Can it be used with a power strip? | Does it have surge protection? | Is it easy to adjust the length? | Why you might like this | Compare with similar | Ask something else

## About this item

- EXTEND YOUR OUTLET ACCESS: Reach hidden wall outlets easily! The outlet extender stick adjusts from 17 to 27 inches, letting you connect devices behind couches, beds, or hard-to-reach spots.
- MULTI-DEVICE CHARGING HUB: Features 2 AC outlets (12A/1500W) and dual USB ports (USB-A & USB-C 5V/2A) so you can power phones, tablets, lamps, and gadgets simultaneously — eliminate clutter and stay charged.
- 180° ROTATABLE BASE FOR FLEXIBILITY: Rotate vertically or horizontally to perfectly align with your furniture or workspace. Ideal for behind sofas, entertainment centers, or in compact rooms.
- SAFE AND DURABLE DESIGN: Built with heat-resistant plastic (up to 80°C) and short-circuit protection for long-lasting reliability. 2000V voltage withstand test ensures safe indoor performance.



Electrical Outlet Extender Adjust...
5.0 5
$26.99

Sponsored






MULTI-SCENE USE,
MULTI-FUNCTIONAL USE


MULTIPLE
INTERFACES






PRODUCT SIZE
44cm/17.3in
70cm/27.6in



amazon prime
[redacted]
Sewickley 15143
All | Search Amazon
EN
[redacted]
Account & Lists
Returns & Orders
0
All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics
08 : 56 : 43

# Comercializadora Clicklife

Visit the Comercializadora Clicklife storefront

Just launched | No feedback yet



**Outlet Extender Stick with USB-A...**

$27.99

Add to cart

## About Seller

Comercializadora Clicklife is committed to providing each customer with the highest standard of customer service.

**Have a question for Comercializadora Clicklife?**

Ask a question

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Comercializadora Magufer SAS de CV
**Business Address:**
2 oriente 811
Local 105
HEROICA PUEBLA DE ZARAGOZA
PUEBLA
72000
MX

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

Get to Know Us
Careers

Make Money with Us
Sell on Amazon

Amazon Payment Products
Amazon Visa

Let Us Help You
Your Account

amazon prime [redacted] Sewickley 15143 | Comercializadora Clicklife | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Amazon Business | Books | Pharmacy

4 results

Sort by: Featured

**Delivery**

All Prime

**Delivery Day**

Get It by Tomorrow

Add to Delivery

**Department**

Baby Products

Electronics

Home & Kitchen

Sports & Outdoors

Tools & Home Improvement

**Customer Reviews**

& Up

**Deals & Discounts**

All Discounts

**Condition**

New

**International Shipping**

International Shipping Eligible

**Availability**

Include Out of Stock

## Results

Check each product page for other buying options.



Smart Health Wristband, Multi-Sport Wearable with Automatic Monitoring, Pedometer/Sleep/Stress/Calories, IP68 Waterproof,...

3.0 (2)

$50.00 List: ~~$75.00~~

FREE delivery **Tue, Feb 17** for Prime members

Only 3 left in stock - order soon.

Add to cart

Previously viewed



Outlet Extender Stick with USB-A & USB-C – Adjustable 17"-27" Extendable Wall Plug Extender, 180° Rotating Power Socket...

4.0 (2)

$27.99

prime Tomorrow

FREE delivery **Tomorrow, Feb 13**

**Arrives with upcoming delivery**

Only 2 left in stock - order soon.

Add to cart



Outdoor Folding Camping Chair with Backrest–Lightweight Portable Lazy Seat for Beach, Park & Travel–floor chair with bac...

$23.99

FREE delivery **Tue, Feb 17** for Prime members

Add to cart



Inflatable Pregnancy Pillow - Full Body Maternity Airbed with Belly/Head Hole, Relieves Back Pain- Pregnancy Belly Pillow-...

$49.99

prime Tomorrow

FREE delivery **Tomorrow, Feb 13**

**Arrives with upcoming delivery**

Add to cart

## Need help?

Visit the help section or contact us

amazon prime

Secure checkout

**Delivering to [redacted] Comercializadora Clicklife**

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Add delivery instructions

Change

[redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Feb 13, 2026**

If you order in the next 12 hours and 19 minutes



Outlet Extender Stick with USB-A & USB-C – Adjustable 17"-27" Extendable Wall Plug Extender, 180° Rotating Power Socket Expander | Ideal for Behind Couches, Nightstands, Desks

**$27.99**

prime

Ships from Amazon.com

Sold by Comercializadora Clicklife

1

Add gift options

(●) **Fastest** Tomorrow, Feb 13 FREE

( ) **Amazon Day** Tuesday, Feb 17 FREE

Lower carbon delivery

Place your order

**Order total: $29.67**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $27.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $1.68 |
| **Order total:** | **$29.67** |

amazon prime
All Search Amazon
EN Hello, brian Account & Lists Returns & Orders 0
All Rufus Same-Day Delivery Amazon Haul Medical Care Amazon Basics 08:49:11

## Order placed, thanks!

Confirmation will be sent to your email.

**Shipping t** [redacted]**Comercializadora Clicklife,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Tomorrow, Feb. 13**
Estimated delivery



You saved **$10.39** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›


### Inspired by your shopping trends




Watch more on Amazon Live



**Featured now**
Outlet
$39.99 $4
Ad



**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee
Learn more

### Explore more items

Page 1 of 2



SPOSULEI Mens Tactical Pants Ripstop Cargo Work Pants with 9 Pockets Water Resistan…
2,050
-22% $33.59
Limited time deal
Typical: ~~$42.98~~
prime FREE One-Day Get it **Tomorrow, Feb 13**
Add to cart



WOYUOSN Bike Horn, Bicycle Horn with Large Range Floodlight, IPX5 Waterproof with USB…
132
Amazon's Choice
-27% $21.99
List: ~~$29.99~~
prime FREE Delivery **Saturday, Feb 14**
Add to cart



FixLiburt 17000 Lu Bright Camping Headlamp Functior Modes Motion Sens Adjustable Focus, 9
35
-29% $19.99
List: ~~$27.99~~
prime FREE Delivery **Saturday, Feb 14**
Add to cart



### Deals on items viewed in the last month

See all deals

Sponsored

# Seller Display Name

# DALAOBAN-US

# Seller ID

# AMWXEQKTT37S7


Hard-to-Reach Outlet Extender Stick,...
4.4 24
$49.99
Shop now
Sponsored






Click to see full view




**Ask Rufus**

Can it be used with a power adapter?
Does it have surge protection?
Is it easy to install?
Why you might like this
Compare with similar
Ask something else

# Outlet Extender Stick, Electric Wall Outlet Extender with Power Switch & USB, Extendable Rotating Design for Bedside or Behind Couch, Ideal for Tight Spaces

Brand: SRXBYWS
4.2 ★★★★☆ (10) | Search this page
**100+ bought** in past month

$35.99

Price history

**Get a $150 Gift Card:** Pay $0.00 ~~$35.99~~ upon approval for Prime Visa. No annual fee.

FREE Returns

Redeem Save 10% with brand promotion
QQ784S03I2VG Shop items ›

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Color: **16-Outlet Socket**

| | |
|---|---|
| **Brand** | SRXBYWS |
| **Color** | 16-Outlet Socket |
| **Total Power Outlets** | 3 |
| **Special Feature** | Mountable, Usb Slot |
| **AC Adapter Current** | 15 Amps |

## About this item

- Electric Outlet Extender Stick for Tight Spaces：This rotating outlet extender is designed to extend hard-to-reach wall outlets, making it ideal for behind couch, bedside, furniture gaps, and other tight spaces without moving heavy furniture.
- Upgraded Design with More Power Options：Compared to Other outlet extenders, this upgraded version features 3 AC outlets, 3 USB-A ports, and 1 USB-C port, allowing you to power and charge more devices at the same time with fewer adapters.
- Built-In Power Switch for Safer Daily Use：Equipped with a convenient power on/off switch, so you can easily cut power when devices are not in use—helpful for energy saving, added safety, and everyday convenience.

$35.99

FREE delivery **Tuesday, February 3** to Sewickley 15143 for Prime members

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | DALAOBAN-US |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

**Add a Protection Plan:**

- ☐ 2-Year Protection Plan for $3.99
- ☐ 3-Year Protection Plan for $5.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List


Electrical Outlet Extender with 2...
4.6 36
$39.99
Sponsored


3 AC plugs + 3 USB-A + UDB-C




ADJUSTABLE LENGTH
17in
After extension
26in
2.25in
1.85in


Can Rotate Freely 180 Degrees
Horizontal socket
Vertical socket


Usable for a wide range of applications


Multiple Outlets Multi-Functions


Practicality/Functionality/Convenience


3 AC plugs + 3 USB-A + UDB-C
USB-A
USB-C
❶ Charge multiple devices simultaneously
❷ Supports phones, tablets, laptops and home appliances
❸ No adapter required, convenient efficient, safe, and reliable


Velcro Fasteners
No Damage to The Wall, Easy to Plug And Unplug And Move

# DALAOBAN-US

Visit the DALAOBAN-US storefront

★★★★★ | **100% positive** in the last 12 months (12 ratings)



**Outlet Extender Stick, Electric W...**

$35.99

Add to cart

## About Seller

DALAOBAN-US is committed to providing each customer with the highest standard of customer service.

**Have a question for DALAOBAN-US?**

Ask a question

## Reviews

★★★★★ 4.9 out of 5
12 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 92% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

12 total ratings, 12 with feedback for 12 months

★★★★★ "fast ship, good packaging, as described"

By annette on December 4, 2025.

★★★★★ "fast ship, good packaging, as described"

By annette on December 4, 2025.

★★★★★ "Had issue with broken auger tip bit from shipping but issue was rectified promptly by sellers"

By Dewayne Sellers on July 29, 2025.

★★★★★ "great"

By Amazon Customer on July 25, 2025.

★★★★☆ "Afternoon, since these were delivered, I've had 2 deaths in my family and have not been around to create a return sooner. Would you allow me to do this at the t..."

Read more

By Alyce Marshall on July 12, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** zizhouxianguanqiangshengriyongbaihuomenshi
**Business Address:**
子洲县
双湖峪镇聚财路8号

榆林市
陕西省
718400
CN

**Shipping Policies**

**Other Policies**

**Help**

**Products**

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**

- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**

- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**

- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**

- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Information about the FTC Prime settlement
- Registry & Gift List
- Help

amazon English United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data