IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TOKA, LLC,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Action No. 26-cv-414

(Judge Bissoon)

**PLAINTIFF'S RESPONSE TO ORDER [ECF No. 21]**

Pursuant to the Court's Order, TOKA, LLC hereby submits the attached *Declaration of Stanley D. Ference III*.  This Declaration is a declaration of counsel because counsel has not yet been able to obtain a declaration from TOKA, LLC.

Respectfully submitted,

Dated: June 3, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff