IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TOKA, LLC,

        Plaintiff,

        v.

SCHEDULE A DEFENDANTS,

        Defendants.

Case No.  26-cv-414

(Judge Bissoon)

### DECLARATION OF STANLEY D. FERENCE III

I, STANLEY D. FERENCE III, declare and state as follows:

1.      I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.      To the best of my knowledge, the above-identified action is the only action that Toka, LLC has brought in this or any other Court against any defendant in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2026.

           /s/ Stanley D. Ference III
           Stanley D. Ference III

- 1 -