# EXHIBIT A

 **Outlook**

---

### RE: Notice of Overbroad Enforcement/Improper Takedown - TOKA, LLC v. MILESSTORE et al, Case No. 2:2025-cv-00593 (WDPA) - Guangzhou Kaizichen Technology Co., Ltd. /d/b/a Haodsso Direct

---

**From** F&A Anti-Counterfeiting <Anti-Counterfeiting@ferencelaw.com>

**Date** Tue 2025-11-25 10:54

**To** Men, Ruoting <ruoting.men@glacier.law>

**Cc** Stanley Ference <sference@ferencelaw.com>; Liu, Tao <Tao.Liu@glacier.law>; Li, Jie <jie.li@glacier.law>

📎 1 attachment (901 KB)

Amazon.com-HAODSSO.pdf;

Dear Counsel,

We acknowledge receipt of your correspondence. Our client does not agree to withdraw the takedown notice. The identified ASINs misrepresent UL compliance and falsely claim ETL certification, constituting false advertising and unfair competition.

While Haodsso Direct is not a named defendant in the TRO, the infringing products remain removed pending further Court order. Please provide your client's U.S. market UL testing results from a nationally recognized laboratory for review.

Best regards,

Ference & Associates, LLC | 409 Broad Street | Sewickley, Pennsylvania 15143 | Email: <u>Anti-Counterfeiting@ferencelaw.com</u>

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

---

**From:** Men, Ruoting [mailto:ruoting.men@glacier.law]
**Sent:** Tuesday, November 25, 2025 1:17 PM
**To:** F&A Anti-Counterfeiting
**Cc:** Stanley Ference; Court Mailbox; Liu, Tao; Li, Jie
**Subject:** RE: Notice of Overbroad Enforcement/Improper Takedown - TOKA, LLC v. MILESSTORE et al, Case No. 2:2025-cv-00593 (WDPA) - Guangzhou Kaizichen Technology Co., Ltd. /d/b/a Haodsso Direct

Dear Counsel,

We are writing on behalf of our client, **Guangzhou Kaizichen Technology Co., Ltd. /d/b/a Haodsso Direct**, regarding a recent action taken by Amazon.com against their seller account.

On October 8, 2025 , our client received a notification from the Amazon Seller Performance Team stating that some of their listings were removed due to a Temporary Restraining Order (TRO) issued by a federal court. The notification specifically cites:

- **Case Name:** *TOKA, LLC v. MILESSTORE et al*

- **Case No.:** 2:2025-cv-00593 (TRO 25-cv-00593)

- **Jurisdiction:** USDC WD PA

- **Removed ASINs:** B0FFFZ6PDH, B0FL2FYBVT

**The Issue of Overbroad Enforcement**

We must immediately point out that our client, **Guangzhou Kaizichen Technology Co., Ltd. /d/b/a Haodsso Direct**, is **not** a named Defendant in the above-referenced case. Any application of the TRO, or any subsequent permanent injunction or court order, to our client's account constitutes an unauthorized and overbroad enforcement against a third-party respondent. This expanded action is improper and must be corrected.

Given that this case has been ongoing, and our client is not among the named Defendants, the recent enforcement action is likely the result of an error in execution of the court order.

**Demand for Withdrawal**

We demand that your client, Toka, LLC, immediately contact Amazon to **withdraw the complaint/takedown notice** against the Amazon seller account associated with Guangzhou Kaizichen Technology Co., Ltd. /d/b/a Haodsso Direct.

We seek an amicable resolution through the prompt withdrawal of this complaint. However, please be advised that if this matter is not resolved and the complaint is not withdrawn, our client is prepared to take all necessary legal steps to protect its business interests, including, but not limited to, challenging the improper enforcement action in the Western District of Pennsylvania.

We require a response within 24 hours to confirm the withdrawal process is underway.

Sincerely,


**Ruoting Men | Attorney**
**Glacier Law LLP**
506 Second Avenue, Suite 1516
Seattle, WA 98104
www.glacier.law
Tel: +1 (212) 729-5049
Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----