# EXHIBIT B

📬 Outlook

---

## RE: Re: Request to Reinstate Non-Party Listings – TRO/PI Not Binding (Order 12/22/2025, Doc. 73)

---

**From** ███████████████████@amazon.com>

**Date** Tue 2026-02-17 9:46

**To** Men, Ruoting <ruoting.men@glacier.law>

**Cc** Liu, Tao <Tao.Liu@glacier.law>; Li, Jie <jie.li@glacier.law>; Court Mailbox <courts@ferencelaw.com>

Good morning -

This request to release the sellers and reinstate the ASINs has been requested a 2nd time as it relates to this TRO. They will be notified directly of the release within 24-48 hours, provided they have no additional unrelated legal holds. Please let me know if you need anything further.

With appreciation,
Holly Wright
Paralegal
(She/Her)
E: wrhollyn@amazon.com
Time Zone: Central

**amazon**

NOTICE:  This communication may contain privileged or other confidential information.  If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, transmit, disseminate, or otherwise use the information.  Also, please indicate to the sender that you have received this email in error, and delete the copy you received.  Thank you.

---

**From:** Men, Ruoting <ruoting.men@glacier.law>
**Sent:** Monday, February 16, 2026 3:12 AM
**To:** ███████████████████@amazon.com>; ███████████████████@amazon.com>; ███████████
███████amazon.com>; ███████████████@amazon.com>
**Cc:** Liu, Tao <Tao.Liu@glacier.law>; Li, Jie <jie.li@glacier.law>; Court Mailbox <courts@ferencelaw.com>
**Subject:** [EXTERNAL] Re: Request to Reinstate Non-Party Listings – TRO/PI Not Binding (Order 12/22/2025, Doc. 73)

> **CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

Dear Amazon Team,

Following up on the below. We represent non-party sellers **Haodsso Direct**, **YueShao**, and **Casesmile**.

The Court has clarified that the TRO/PI in *TOKA, LLC v. MilesStore*, No. 2:25-cv-00593-CB, **does not bind our clients** and **does not authorize removal of non-party listings or restrictions on non-party accounts** (Order dated **Dec. 22, 2025**, Doc. 73; attached). Plaintiff's counsel is cc'd.

Some affected ASINs are still not reinstated. Please reinstate the remaining ASINs and restore the seller accounts to their prior status as soon as possible, and confirm once completed.

The affected non-party seller accounts and listings are as follows:

| Store Name | Seller ID | ASIN |
|---|---|---|
| **Haodsso Direct (d/b/a Kaizichen)** | **A2FQDMEDEJY78E** | B0FFFZ6PDH |
| | | B0FL2FYBVT |
| | | B0FWWZTJNW |
| | | B0FQBWR6ZG |
| | | B0FYV1JC8R |
| | | B0FYV1GJ6B |
| **Casesmile (d/b/a Shenxin)** | **A13X88IZ7T5G1S** | B0FYWTFN9Y |

Best,


**Ruoting Men | Attorney**

**Glacier Law LLP**

506 Second Avenue, Suite 1516

Seattle, WA 98104

www.glacier.law

Tel: +1 (212) 729-5049

Fax: +1 (312) 801-4587


*Privilege and Confidentiality Notice*

This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.

----

**From:** Men, Ruoting <ruoting.men@glacier.law>
**Sent:** Saturday, December 27, 2025 16:30
**To:** ████████████████@amazon.com>; ████████████████amazon.com>; Milia, Kristen [Shenzhen]█████@amazon.com>; ████████████████@amazon.com>
**Cc:** Liu, Tao <Tao.Liu@glacier.law>; Li, Jie <jie.li@glacier.law>; Court Mailbox <courts@ferencelaw.com>
**Subject:** Re: Request to Reinstate Non-Party Listings – TRO/PI Not Binding (Order 12/22/2025, Doc. 73)


Dear Amazon Team,

I am following up on the matter below. Please **promptly** reinstate the affected ASIN listings and restore our clients' seller accounts.

The affected non-party seller accounts and listings are as follows:

| Store Name | Seller ID | ASIN |
|---|---|---|
| Haodsso Direct (d/b/a Kaizichen) | A2FQDMEDEJY78E | B0FFFZ6PDH B0FL2FYBVT B0FV98HRHV B0FWWZTJNW B0FQBWR6ZG B0FYV1JC8R B0FYV1GJ6B B0G19B46RJ B0G1BGVYQW |
| Casesmile (d/b/a Shenxin) | A13X88IZ7T5G1S | B0FFFZ6PDH B0FXGDV8CJ B0FYWTFN9Y B0G199W19V |
| Yueshao | A1MD9L71WI1Y0P | B0FYY1L5LG B0FQBWR6ZG |

Best,


---

**From:** Men, Ruoting <ruoting.men@glacier.law>
**Sent:** Monday, December 22, 2025 16:36
**To:** ████████████████mazon.com>; ████████████████amazon.com>; Milia, Kristen [Shenzhen]█████mazon.com>; ████████████████amazon.com>
**Cc:** Liu, Tao <Tao.Liu@glacier.law>; Li, Jie <jie.li@glacier.law>; Court Mailbox <courts@ferencelaw.com>
**Subject:** Request to Reinstate Non-Party Listings – TRO/PI Not Binding (Order 12/22/2025, Doc. 73)


Dear Amazon Team,

Counsel for non-party sellers Haodsso Direct, YueShao, and Casesmile.

Plaintiff previously used the TRO entered in *TOKA, LLC v. MilesStore, et al.*, No. 2:25-cv-00593-CB, to submit complaints that resulted in Amazon delisting our clients' product listings.

**The Court in TOKA, LLC v. MilesStore, et al., No. 2:25-cv-00593-CB, has clarified that the TRO and PI in this case do not bind our clients.** Furthermore, they do not authorize or require Amazon to remove non-party listings or freeze non-party accounts or assets (Order dated Dec. 22, 2025, Doc. 73). Please see the attached document for reference. Plaintiff's counsel has been cc'd in this email.

Accordingly, please **reinstate** the affected ASINs and **restore** our clients' seller accounts to their prior status.

The affected non-party seller accounts and listings are as follows:

| Store Name | Seller ID | ASIN |
| --- | --- | --- |
| Haodsso Direct (d/b/a Kaizichen) | A2FQDMEDEJY78E | B0FFFZ6PDH B0FL2FYBVT B0FV98HRHV B0FWWZTJNW B0FQBWR6ZG B0FYV1JC8R B0FYV1GJ6B B0G19B46RJ |
| Casesmile (d/b/a Shenxin) | A13X88IZ7T5G1S | B0G1BGVYQW B0FFFZ6PDH B0FXGDV8CJ B0FYWTFN9Y B0G199W19V |
| Yueshao | A1MD9L71WI1Y0P | B0FYY1L5LG B0FQBWR6ZG |

Best,

**Ruoting Men | Attorney**

**Glacier Law LLP**

506 Second Avenue, Suite 1516

Seattle, WA 98104

www.glacier.law

Tel: +1 (212) 729-5049

Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*

This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are

not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.

----