# EXHIBIT D

 Outlook

---

### Re: Phone call about 25-cv-593

---

**From** Men, Ruoting <ruoting.men@glacier.law>

**Date** Thu 5/21/2026 10:17

**To** F&A Anti-Counterfeiting <anti-counterfeiting@ferencelaw.com>; Stanley Ference <sference@ferencelaw.com>

**Cc** Liu, Tao <Tao.Liu@glacier.law>; Li, Jie <jie.li@glacier.law>


Mr. Ference,

As discussed during our phone call, we agree to the two-week extension request. As noted, we also need your assistance confirming whether our clients are included in the 26-cv-414 case.

- Haodsso Direct (Seller ID: A2FQDMEDEJY78E)
- Casesmile (Seller ID: A13X88IZ7T5G1S)
- Yueshao (Seller ID: A1MD9L71WI1Y0P)
- PlugNest (Seller ID: TKCNUSCBKGEL4D)
- tts no1 (Seller ID: TKCNUSCBDNELD3)
- Li Louise (Seller ID: TKCNUSCBUVEL2K)



Best,

**Ruoting Men** | **Attorney**

**GLACIER LAW LLP**

506 Second Ave, Suite 1516 | Seattle, WA 98104

**T** +1 (212) 729-5049 | **E** ruoting.men@glacier.law | **W** glacier.law

---

**Privileged & Confidential.** This email and any attachments may contain confidential, proprietary, or attorney-client privileged information. If you are not the intended recipient, please notify the sender and delete it. Any unauthorized use, disclosure, copying, or distribution is prohibited.