# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TOKA, LLC,

        Plaintiff,

        v.

SCHEDULE A DEFENDANTS,

        Defendants.

**No. 2:26-cv-00414-CB**

**DECLARATION OF WENQI YAO**

I, Wenqi Yao, declare as follows:

1. I am over the age of 18 and am fully competent to make this Declaration. I am familiar with and have personal knowledge of the facts set forth in this declaration, and if called as a witness could and would testify competently to the facts as stated herein.

2. I am the owner and operator of the Amazon storefront "Mooye."

3. The accused product listings in this action, ASINs B0FPF7TYS2 and B0FVRDGRH3, were first available for sale on Amazon on or around September 2, 2025.

4. With regard to Mooye's accused listings in this action, Mooye holds a UL test report reflecting testing to the applicable UL standard, together with an FCC report and an FCC declaration of conformity. Exhibit A is a true and correct copy of the UL report for Mooye's accused listings in this action.

5. Amazon is Mooye's exclusive sales channel in the U.S. Mooye has no other platform through which to generate revenue. An absence from the marketplace threatens irreparable damage to Mooye's Amazon rankings, customer relationships, and relationships with

suppliers, etc. If the delisting of its products continues, Mooye faces substantial hardship, including but not limited to destruction of inventory, loss of marketplace position, diminished goodwill, loss of reputation, risk of account termination, etc., all of which are difficult to quantify. The cumulative impact may eventually result in the collapse of Mooye's business and lead to bankruptcy.

I hereby declare under penalty of perjury of the laws of United States of America that the foregoing is true and correct.

Executed on June 15, 2026 at Shenzhen, China.

_____

Wenqi Yao