# Seller Display Name

# olcorife

# Seller ID

# A2EPBB3M9XVG71

Case 2:26-cv-00414-CB    Document 59-1    Filed 06/16/26    Page 2 of 8













# olcorife

Visit the olcorife storefront

★★★★★ | **100% positive** in the last 12 months (515 ratings)

**Olcorife Outlet Extender Stick, P...**

$39⁹⁹

[ Add to cart ]

## About Seller

olcorife is committed to providing each customer with the highest standard of customer service.

**Have a question for olcorife?**

[ Ask a question ]

## Reviews

★★★★★  4.9 out of 5
515 ratings

**12 months** ⌄

| | | |
|---|---|---|
| 5 star | ████████ | 95% |
| 4 star | █ | 5% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

All stars ⌄

515 total ratings, 515 with feedback for 12 months ⓘ

★★★★★  "Just what u needed!! I wish I could post a picture to show."
By Rainydaygirl on February 2, 2026.

★★★★★  "Arrived earlier than expected which was great!"
By Michelle Butchock on February 2, 2026.

★★★★★  "Thank you Amazon. I am very happy. Nice product. I recommend it. Thanks again."
By Amazon Customer on January 31, 2026.

★★★★☆  "Seller issued full refund as ai was not that satisfied with product"
By Mia Cooper on January 31, 2026.

★☆☆☆☆  "? I never received it"
By Amazon Customer on January 31, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous  Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** guangzhouhongzhuxinxikejiyouxiangongsi
**Business Address:**
  科林路18号6栋301-4582房
  广州市



天河区
广东省
510000
CN

**Shipping Policies**                                                    ⌄

**Other Policies**                                                       ⌄

**Help**                                                                 ⌄

**Products**

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

🌐 English ⇅     🇺🇸 United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |



amazon prime    📍 Sewickley 15143    olcorife ▾    Search Amazon    🔍    🇺🇸 EN ▾    Account & Lists ▾    Returns & Orders    🛒 0

☰ All    ⊙ Rufus    Same-Day Delivery    Amazon Haul    Medical Care ▾    Amazon Basics    Amazon Business ▾    Books    Pharmacy

6 results

Sort by: Featured ▾

**Delivery**



☐ All Prime

**Department**

Electronics

Industrial & Scientific

Tools & Home Improvement

**Customer Reviews**

★★★★☆ & Up

**Deals & Discounts**

All Discounts

Today's Deals

**Condition**

New

**International Shipping**

☐ International Shipping Eligible

**Availability**

☐ Include Out of Stock

**Subscription Options**

☐ Subscribe & Save Eligible

## Results

Check each product page for other buying options.



Previously viewed

### Flat Extension Cord with Outlet Cover, Flat Plug Power Strip with 6 Outlets and 3 USB Ports, 2000 Joules Surge...

4.7 ★★★★☆ (2.4K)

10K+ bought in past month

**Limited time deal**

$13²⁹ List: $19.99

✓prime Two-Day

FREE delivery **Wed, Feb 4**

Add to cart



### Power Strip Surge Protector, Olcorife Ultra Thin Flat Plug Extension Cord 5ft, 6 Outlets 3 USB Ports(1 USB C), 3...

4.7 ★★★★☆ (6.1K)

10K+ bought in past month

$13⁹⁹

✓prime Two-Day

FREE delivery **Wed, Feb 4**

Add to cart



### Surge Protector Power Strip, Olcorife Ultra Thin Flat Plug Extension Cord 5ft, 8 Outlets 4 USB Ports(1 USB C), Flat...

4.7 ★★★★☆ (5.3K)

1K+ bought in past month

$9⁹⁹

✓prime

FREE delivery **Thu, Feb 5**

**Arrives with upcoming delivery**

Add to cart



### UK Travel Plug Adapter, Olcorife US to UK Ireland Type G Plug Adapter, International Power Strip with 8 Outlets a...

4.7 ★★★★☆ (277)

50+ bought in past month

$9⁹⁹ List Price: $13.99

Exclusive Prime price

✓prime Two-Day

FREE delivery **Wed, Feb 4**

Add to cart



### 2 Pack European Travel Plug Adapter, Olcorife Foldable International Power Adapter with 4 Outlets 3 USB Ports,...

 

## Secure checkout ⌄

**Delivering to** ███ olcorife     **Change**

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Add delivery instructions

███████████████████████     Change

Use a gift card, voucher, or promo code

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

### Arriving Feb 4, 2026

If you order in the next 5 hours and 35 minutes



Olcorife Outlet Extender Stick, Power Strip with 6 Outlets & 4 USB Ports, Extends 22"-34", Rotates 180°(90° per Side), Home Dorm Essential for Nightstand, Couch and Desk

**20% off** **Limited time deal**

**$39.99**

✓prime & FREE Returns ⌄

Ships from Amazon.com

Sold by olcorife

🗑   1   +

Add gift options

○ **Fastest** Wednesday, Feb 4    FREE

○ **Amazon Day** Thursday, Feb 5    FREE

🌱 Lower carbon delivery ⌄

| Place your order |
| --- |

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:     $39.99
Shipping & handling:     $0.00
Estimated tax to be collected:     $2.40
**Order total:**     **$42.39**

**Place your order**    **Order total: $42.39**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart



## Order placed, thanks!

Confirmation will be sent to your email.

**Shipping to** ████olcorife, 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Wednesday, Feb. 4**
Estimated delivery

You saved **$10.54** in shipping fees on this order with Prime. Learn more

Review or edit your recent orders ›

### Inspired by your shopping trends

Previously Live

Watch more on Amazon Live

**Featured now**
Outlet

**24% off**

Add



 Get a **$150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee

Learn more

## Explore more items

Page 1 of 3





4 in 1 Retractable Wall Charger with Dual Cables,40W Retractable Phone Charger Wall Plug with Dual USB Ports,20...
★★★★☆ 626
$29⁹⁹
✓prime FREE Delivery
**Wednesday, Feb 4**
Add to cart

Girafit 2K Window Camera,2.4GHz & 5GHz WiFi Indoor Cameras for Home Security with ChroMax Al Color Night...
★★★★½ 2,891
$199⁹⁹ ($50.00/count)
✓prime FREE Delivery
**Wednesday, Feb 4**
Add to cart

Wowangce 18 Pack Inch Adjustable Ext Cord Holder Organ with Triangle Clips Garage Organizatic
★★★★½ 669
-11% $20⁴⁹
($1.14/count)
List: $22.99
✓prime FREE Delivery
**Wednesday, Feb 4**
Add to cart

## Consider these items

Sponsored ⓘ