# EXHIBIT A

# Seller Display Name

# Yueshao

# Seller ID

# A1MD9L71WI1Y0P

Case 2:26-cv-00414-CB   Document 60-1   Filed 06/16/26   Page 3 of 34



Sponsored ⓘ

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets

ⓘ Last purchased Nov 26, 2025
Size: **2AC Removable, 1 Pack** | View order



Click to see full view

🔮 Ask Rufus

| Can it be used with a power strip? | Does it have surge protection? |

| Is it easy to disassemble? | Why you might like this |

| Compare with similar | **Ask something else** |

# Outlet Extender Stick - Features 2 USB-A, USB-C and 2 AC Outlets, Adjustable Disassembly Extends 6"-35", 360° Access Hard-to-Reach Outlets, Wall Plug Power Socket Expander Nightstands, Sofa, Desks

Visit the haodsso Store

4.6 ★★★★☆ (64)   •   Search this page

**200+ bought** in past month

-20% $**39**⁹⁹

List Price: $49.99 ⓘ   |   Price history

**Get a $150 Gift Card:** Pay $0.00 $39.99 upon approval for Prime Visa. No annual fee.

✓prime

FREE Returns ⌄

Exclusive Prime price

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Size: **2AC Removable, 1 Pack**

| Brand | haodsso |
|---|---|
| Color | White |
| Total Power Outlets | 5 |
| Voltage | 120 Volts |
| Special Feature | Abrasion Resistant, Adjustable height body extedns from 16-35", Lightweight, Mountable, Scratch |

## About this item

- 【Outlet Extender Stick】Adjustable Disassembly and free assembly Outlet Extender Design Maximize your charging flexibility with this extendable flat outlet extender, Electrical Outlet Extender From 6" To 35", 360° Access Hard-to-Reach Outlets Wall Plug Power Socket Expander for Nightstands, Sofa, Desks and More

$**39**⁹⁹

✓prime

FREE delivery **Monday, February 2** to Sewickley 15143. Order within **14 hrs 34 mins**

**In Stock**

Quantity: 1 ⌄

Add to cart

Buy Now

| Ships from | Amazon |
| Sold by | Yueshao |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

⌄ See more

**Add a Protection Plan:**

☐ 2-Year Protection Plan for $3.99
☐ 3-Year Protection Plan for $5.99
☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List



Electrical Outlet Extender - 39in...

4.6   47

$**27**⁹⁹

Sponsored ⓘ









# Yueshao

**Visit the Yueshao storefront**

★★★★★  |  **100% positive** in the last 12 months (22 ratings)

**Outlet Extender Stick - Features ...**

$39⁹⁹

**Add to cart**

---

## About Seller

Yueshao is committed to providing each customer with the highest standard of customer service.

**Have a question for Yueshao?**

Ask a question

---

## Reviews

★★★★★  5 out of 5

22 ratings

**12 months ▾**

| | | |
|---|---|---|
| 5 star | ████████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ▾

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ▾

22 total ratings, 22 with feedback for 12 months ⓘ

★★★★★   "Muy bien gracias"

By Ulises Fermin on January 23, 2026.

★★★★★   "Excelente"

By Julio gonzalez contreras on January 11, 2026.

★☆☆☆☆   "~~They are not in black only 2 was black~~"

By jesus diaz on January 11, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★   "Excelente proveedor excelente producto de calidad me gustó la atención dada!!! Es mi 4ta vez que compro a este proveedor"

By Jessica De Castro on December 3, 2025.

★★★★★   "I liked it so much that I ordered another one"

By Rudy Smith on November 9, 2025.

Previous  Next

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** bengbuyueshaodianzishangwuyouxiangongsi
**Business Address:**
  凤凰国际大厦B座505
  蚌埠
  蚌山

Amazon.com Seller Profile: Miaokai



安徽
233000
CN

| Shipping Policies | ⌄ |
|---|---|

| Other Policies | ⌄ |
|---|---|

| Help | ⌄ |
|---|---|

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Information about the FTC Prime settlement
Registry & Gift List
Help

amazon

🌐 English ⇅        🇺🇸 United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
|---|---|---|---|---|---|---|
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |



All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Books | Pharmacy | Today's Deals | Best Sellers

4 results

Sort by: Featured

**Delivery**

☐ All Prime

**Department**

Cell Phones & Accessories
Clothing, Shoes & Jewelry
Electronics
Tools & Home Improvement

**Customer Reviews**

★★★★☆ & Up

**Deals & Discounts**

All Discounts

**Condition**

New

**International Shipping**

☐ International Shipping Eligible

**Availability**

☐ Include Out of Stock

## Results

Check each product page for other buying options. Price and other details may vary based on product size and color.



**omee 12 Watch Band Organizer, Watch Band Carrying Case Portable for Watches and Watch Band, Fit for Most...**

4.8 ★★★★★ ∨ (12)

$14.99

✓prime
FREE delivery **Mon, Feb 2**
Only 12 left in stock - order soon.

Add to cart

Previously viewed



**Outlet Extender Stick - Features 2 USB-A, USB-C and 2 AC Outlets, Adjustable Disassembly Extends 6"-35", 360°...**

4.6 ★★★★★ ∨ (64)
200+ bought in past month

$39.99  List Price: $49.99
Exclusive Prime price

✓prime
FREE delivery **Mon, Feb 2**

Add to cart

Amazon's Choice



**omee 8 Pack Compatible with Apple-Watch-Ultra-Band 49mm 46mm 45mm 44mm for Men Women,Breathable...**

4.6 ★★★★★ ∨ (409)
100+ bought in past month

$9.99

✓prime
FREE delivery **Mon, Feb 2**

Add to cart



**omee 12 Watch Band Organizer, Watch Band Carrying Case Portable for Watches and Watch Band, Fit for Most...**

See options

No featured offers available
$30.99 (1 new offer)

## Need help?

Visit the help section or contact us

 **Secure checkout** ⌄

**Delivering to** ▮▮ Yueshao    **Change**

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Add delivery instructions

FREE pickup available nearby ⌄

---

▮▮▮▮▮▮▮▮    **Change**

Use a gift card, voucher, or promo code

---

ℹ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

### Arriving Feb 2, 2026

If you order in the next 14 hours and 17 minutes



Outlet Extender Stick - Features 2 USB-A, USB-C and 2 AC Outlets, Adjustable Disassembly Extends 6"-35", 360° Access Hard-to-Reach Outlets, Wall Plug Power Socket Expander Nightstands, Sofa, Desks

**$39.99**

✓prime & FREE Returns ⌄

Exclusive Prime price

Ships from Amazon.com

Sold by Yueshao

🔘 **Monday, Feb 2**    FREE



Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufact… ⌄

---

**Place your order**

**Order total: $42.39**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:    $39.99
Shipping & handling:    $0.00
Estimated tax to be collected:    $2.40
**Order total:    $42.39**



amazon prime

All ▾    Search Amazon

🇺🇸 EN ▾    Account & Lists ▾    Returns & Orders    🛒 0

☰ All    Rufus    Same-Day Delivery    Amazon Haul    Medical Care ▾    Amazon Basics    NBA prime    08 : 47 : 00



✅ **Order placed, thanks!**

Confirmation will be sent to your email.

**Shipping to** ▮ **Yueshao,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Monday, Feb. 2**
Estimated delivery

You saved **$6.99** in shipping fees on this order with Prime. Learn more

**Review or edit your recent orders** ›

### Inspired by your shopping trends

LIVE

**Watch more on Amazon Live**

**Featured now**
Sunny
$69⁹⁹
Ad

prime    **Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee    Learn more

## Explore more items

Page 1 of 5    ⋮



**Nylon Universal Cable Tie Buckle, Heavy Duty Self-Locking Nylon Zip Ties Holder, New…**
★★★★½ 523
Amazon's Choice
$14⁹⁸ ($8.49/ounce)
Get it Feb 10 - 20
$19.99 shipping
Add to cart

**Rapid Radios Nationwide LTE Walkie-Talkie - Two-Way Radio - Unlimited Range POC Two Way Radios Set**
★★★★☆ 316
$399⁰⁰
✓prime FREE Delivery
**Saturday, Jan 31**
Add to cart

**FCJZX Solar Charge Power Bank 66800 Built in Hand Crank Cables, 22.5W Fast Charging PowerBar**
★★★★½ 39
$53⁹⁹
Get it as soon as **Frida**
FREE Shipping by Ama
Add to cart

### Inspired by your browsing history    ⋮

Sponsored ⓘ

# Temu Store Name

# Beeyong

# Seller ID

# 634418216098467



Free shipping ›
Excludes local items

Delivery guar...
Refund for any i...

Get the Tem...

Sell on Temu          Join Now ›



Home › Electronics › Power Strips › Wall Power Outlet Extender...



**No import charges**    ♻ **Local warehouse** Wall Power Outlet Extender - Retractable Power Strip with USB-A, USB-C, and 2 AC Outlets | Extends 22-34 Inches, Rotates 180°, Ideal for Behind Sofas, Nightstands, Desks, Dorm Rooms, Enhances Convenience for Daily Life, Study, and Work

2 sold | Sold by 🔵 ›

~~$80.99~~ ❓ $21.12   **73% OFF**

**ALMOST SOLD OUT**❓   **Pay $5.28 today** 🟢 Afterpay  Klarna

PRESIDENTS' DAY   🚚 Free shipping on orders over $3... ›  |  ✓ $5.00 Cr... ›

Color: White

Qty  [ 1 ▾ ]

[ Add to cart ]   [ One-Click Pay ]

**Add items with One-Click Pay**  ›
Shipping: $2.99 | Ship to ⊙ 409 Broad St, Suite 260 SE...

## No item reviews yet

But we found 47 reviews from similar items on Temu.

---

## Reviews from similar items on Temu❓

🛡 **All reviews are from verified purchases**

 34\*\*\*62 in 🇺🇸 on Jan 27, 2026

★★★★★

Excellent! They're great, exactly as described in the ad. Super comfortable, save space, and make your work easier... 👍🏽

| This review is for: Socket Extender - Retractab... › |
| --- |

👤 OP in 🇺🇸 on Jan 8, 2026

★★★★★

I'm very happy with this product. It serves the purpose it was made for.

| This review is for: Socket Extender - Retractab... › |
| --- |

















Case 2:26-cv-00414-CB   Document 60-1   Filed 06/16/26   Page 13 of 34

| Free shipping ›
Excludes local items | Delivery guarantee
Refund for any issues | Get the Temu App | Sell on Temu | Join Now › |

TEMU US | 👍 Best-Selling Items | ⭐ 5-Star Rated | Categories ⌄ | retractable power strip 🔍 | Orders & Account | Support | 🇺🇸 English | 🛒

## Beeyong ⓘ

🏪 **Local warehouse** | Delivery: Feb 13-20 (3-7 business days)

📅 Store joined Temu 1 year ago

| **3**<br>Followers | **121**<br>Sold ⓘ | **3**<br>Items |
|---|---|---|

[ 🔔+ Follow ]

**Items**   Power Strips   Power Outlets & Accessories

[ Search all 3 items 🔍 ]

🚚 | Add **$30.00** more to get free shipping from this seller

### 3 items

Sort by [ Relevance ⌄ ]

| | | |
|---|---|---|
| ▶ SALE 🚚Local Electrical ...<br>**$47.**13 ~~$99.99~~ 8 sold 🛒 | SALE 🚚Local Wall Pow...<br>**$21.**12 ~~$80.99~~ 2 sold 🛒 | SALE 🚚Local Wall Outl...<br>**$23.**02 ~~$63.03~~ 3 sold 🛒 |

●——————○  **No more items**  ○——————●

## Top picks for you



| | | | | |
|---|---|---|---|---|
| 🚚 Local CyberPower MP1044...<br>**$14.**32 | 🚚 Local Ultra-Thin 3-Foot Fla...<br>**$17.**08 7 sold<br>ONLY 9 LEFT | 1/2pcs Multiple Plug Outlet A...<br>**$3.**15 ~~$19.99~~<br>Lowest price in 90 days<br>★★★★★ 10,309<br>Brand Official Store: JCBLA... | 🚚 Local 7-in-1 Multi-functio...<br>**$9.**85 11 sold<br>★★★★⯪ | 🚚 Local 6 AC Outlets With 5-...<br>**$22.**04 23 sold<br>ONLY 6 LEFT<br>★★★★★ |



**Free shipping** ❯
Excludes local items

**Free returns**
Up to 90 days*

**Get the Temu App**



🔒 **All data is safeguarded**

Home › Cart

🚚 **Free shipping** (excluding items shipped by local warehouses)

FREE **No import charges** for all local warehouse items and **no extra charges** upon delivery

✓ Select all (1)

**Ships from this seller** 🌐 **Local warehouse** ❯



✓ 🛒**SALE** Wall Power Outlet Extender - Retr... 🗑

White ❯

~~$80.99~~
$21.12 **-73%**

[ 1 ⌄ ]

**2 unavailable items**

Remove all unavailable items from your cart to free up space for more items.

[ **Remove all** ]

## Items you may want to add



🛒**SALE** **Local** Power Outlet Ext...



AD

🛒**SALE** 3pcs Heavy-Duty Scratch-...

### Order Summary

Item total: ~~$80.99~~

Item discount: -$59.87

Estimated total $21.12

**Best savings appl...**

💲 **Your order is covered by our Price Match Guarantee. Proceed to checkout now!**

Please refer to your final actual payment amount.

Taxes and delivery fees are calculated on the next page.

4 interest-free installments of $5.28 Afterpay Klarna affirm ❓

ⓘ Item availability and pricing are not guaranteed until payment is final.

You will not be charged until you review this order on the next page

**Safe Payment Options**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong



   📭 **$5.00 Credit for delay** ›

Home › Checkout

 **No import charges for all local warehouse items and no extra charges upon delivery**

✓ | **Free returns on all items of this order**

## Shipping                                                Change ›

**Beeyong**  (412)741-8400 📝

**409 Broad St, Suite 260**

SEWICKLEY, PA 15143-1557, United States

---

## Ships from  Beeyong (1)  🚚 **Local Warehouse**



**No import charges** Wall Power Outlet Extender - Retractable Power Strip with USB-A, USB-C, and 2 AC Outlets | Extends 22-34 Inches, Rotates 180°, Ideal for Behind Sofas, Nightstands, Desks, Dorm Rooms, Enhances Convenience for Daily Life, Study, and Work

Color: White

**Great Deal | Limited time**

Qty:  1  ⌄

**$21.12**  ~~$80.99~~  **-73%**

🚚 Fast local shipping: $2.99, delivery: 3-7 business days ›

---

## Payment methods

○    Apple Pay

## Order summary

| Enter coupon code | Apply |

**Apply coupon code** ›

Item(s) total:           ~~$80.99~~
Item(s) discount:        -$59.87
Subtotal:                $21.12

Shipping:                $2.99
Sales tax:               $1.69

Order total:             **$25**.80

💲 **Best savings applied** and submit order now with our **Price Match Guarantee**.

By submitting your order, you agree to our **TERMS OF USE**, including the mandatory arbitration provision therein, and **PRIVACY POLICY**.

### Donate to Trees for the Future

○  We invite you to donate $0.35 to fund a tree ❓

**Order and Pay (1)**
⏳ Almost sold out

**Temu's Tree Planting Program**

Temu and its users have donated funds to Trees for the Future to

**Free shipping** ›
Excludes local items

**Free returns**
Up to 90 days*

**Get the Temu App**

TEMU  US

👍 Best-Selling Items    ⭐ 5-Star Rated    🏪 Local Warehouse    Categories ⌄

retractable power strip 🔍

Orders & Account

✅ **Payment successful!**

**Ships From** 🙂 **Beeyong** ›
Delivery: 3-7 business days (Feb 13-20)

**Add more items and ship to the same address** 07 : 59 : 37

🛡️ Be wary of messages about delivery issues claiming to be from USPS. ❓

📍 **Confirm your shipping address**

▮▮▮  Beeyong  |
**409 Broad St**, Suite 260
SEWICKLEY, PA
15143-1557, United States

**Confirm**

Edit

**Order confirmation will be sent to:**

▮▮▮▮▮▮▮▮▮▮

**Track your order with the Temu app**

📷 Scan the QR code to download the app and receive updates when your order ships

➕ **Ship to the same address with One-Click Pay**

Ends in 07 : 59 : 38

retractable power strip 🔍

Recommended    🏪 **Local Warehouse**

# Seller Display Name

# Casesmile

# Seller ID

# A13X88IZ7T5G1S

Case 2:26-cv-00414-CB   Document 60-1   Filed 06/16/26   Page 18 of 34



Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets

ℹ️ **Purchased another variation 1 time**
Last purchased Jan 28, 2026 | Size: **2AC, 1 Pack** | View item



**TOOL-FREE INSTALLATION**

180° ROTATE

Click to see full view

🔆 **Ask Rufus**

Can this outlet extender be used with a power strip?

Does the outlet extender have surge protection?

How many devices can be charged at once?   Why you might like this

Compare with similar   Ask something else

...et Extender Stick -
...ures USB-A, USB-C and
... Outlets, Extends
...34", Rotates 180°
...ss Hard-to-Reach
...ts, Wall Plug Power
...t Expander
...tstands, Sofa, Desks
... More

haodsso Store

★★★★☆ ⌄ (346)   |   Search this page

**100+ bought** in past month

**Limited time deal**

-11%   $**79**⁹⁹

List Price: $89.99 ℹ️   Price history

Or $**20**⁰⁰ /2 weeks (x4). Select from 2 plans

Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.

FREE Returns ⌄

Redeem   Save 10% with brand promotion

T3R1H1NN937C   Shop items ›

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Size: **2AC, 2 Pack**

| **2AC, 1 Pack** | **2AC, 2 Pack** |
|---|---|
| $37.98 | $79.99 |
| $49.99 | $89.99 |
| FREE Delivery **Monday** | FREE Delivery **Tuesday** |

| | |
|---|---|
| **Brand** | haodsso |
| **Color** | White |
| **Total Power Outlets** | 5 |
| **Voltage** | 120 Volts |
| **Special Feature** | Abrasion Resistant, Adjustable height body extedns from 16-35", Lightweight, Mountable, Scratch |

$**79**⁹⁹

FREE delivery **Tuesday, February 3** to Sewickley 15143 for Prime members. Order within 4 hrs 4 mins

**In Stock**

Quantity: 1 ▾

**Add to cart**

**Buy Now**

Ships from   Amazon
Sold by   Casesmile
Returns   FREE 30-day refund/replacement
Support   Product support included

⌄ See more

**Add a Protection Plan:**

☐ 2-Year Protection Plan for $7.99

☐ 3-Year Protection Plan for $9.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**

Add to List



Sponsored ℹ️

Case 2:26-cv-00414-CB    Document 60-1    Filed 06/16/26    Page 19 of 34



Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets



Click to see full view

**✦ Ask Rufus**

- Can it be used with a power strip?
- Does it have surge protection?
- Is it easy to rotate?
- Why you might like this
- Compare with similar
- Ask something else

## Outlet Extender Stick - Features USB-A, USB-C and 2 AC Outlets, Extends 22"-34", Rotates 180° Access Hard-to-Reach Outlets, Wall Plug Power Socket Expander Nightstands, Sofa, Desks and More

Visit the haodsso Store

4.3 ★★★★½ (346)    |    Search this page

**1K+ bought** in past month

**Limited time deal**

-24%  $37⁹⁸

List Price: $49.99 ⓘ    Price history

Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.

FREE Returns ⌄

Redeem    Save 10%  with brand promotion

T3R1H1NN937C   Shop items ›

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Size: **2AC, 1 Pack**

| 2AC, 1 Pack | 2AC, 2 Pack |
|---|---|
| $37.98 | $79.99 |
| $49.99 | $89.99 |
| FREE Delivery **Monday** | FREE Delivery **Tuesday** |

| | |
|---|---|
| **Brand** | haodsso |
| **Color** | White |
| **Total Power Outlets** | 5 |
| **Voltage** | 120 Volts |
| **Special Feature** | Abrasion Resistant, Adjustable height body extedns from 16-35", Lightweight, Mountable, Scratch |

## About this item

- 【Electrical Outlet Extender】Adjustable Outlet Extender with Rotating Design Maximize your charging flexibility with this extendable outlet extender, Electrical Outlet Extender From 22" To 34", Rotates 180°

$37⁹⁸

FREE delivery **Monday, February 2** to Sewickley 15143 for Prime members. Order within **4 hrs 32 mins**

**Arrives with upcoming delivery**

**In Stock**

Quantity: 1 ⌄

**Add to cart**

**Buy Now**

Ships from    Amazon
Sold by    Casesmile
Returns    FREE 30-day refund/replacement
Gift options    Available at checkout

⌄ See more

**Add a Protection Plan:**
- ☐ 2-Year Protection Plan for $3.99
- ☐ 3-Year Protection Plan for $5.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**

Add to List

Electrical Outlet Extender Stick...
4.8    22
$49⁹⁹

Sponsored ⓘ



















# Casesmile

Visit the Casesmile storefront

★★★★★ | **100% positive** in the last 12 months (13 ratings)

**Outlet Extender Stick - Features ...**

$37⁹⁸

Add to cart

## About Seller

Casesmile is committed to providing each customer with the highest standard of customer service.

**Have a question for Casesmile?**

Ask a question

## Reviews

★★★★★  5 out of  5

13 ratings

[12 months ▾]

**5 star** ████████████ 100%
**4 star** 0%
**3 star** 0%
**2 star** 0%
**1 star** 0%

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

[All stars ▾]

13 total ratings, 13 with feedback for 12 months ⓘ

★★★★★ 〝Great!〞

By Jennie A. Robertson on January 26, 2026.

★★★★★ 〝it was good〞

By The calendar had a big crease in it that wouldn't come out..!! on January 12, 2026.

★☆☆☆☆ 〝~~Never received - need refund~~〞

By Julie Yaeger on January 8, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ 〝Bought it for a gift didn't hear anything back yet〞

By Joseph Gentile on January 4, 2026.

★★★★★ 〝Came as advertised〞

By Martha on December 30, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshishengxinkejiyouxiangongsi
**Business Address:**
   前海深港合作区
   前湾一路1号A栋201室
   深圳市



广东
518000
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

## Get to Know Us

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Information about the FTC Prime settlement
Registry & Gift List
Help

amazon    🌐 English ⇕    🇺🇸 United States

| | | | |
|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee |
| **Goodreads** | **IMDb** | **IMDbPro** | **Kindle Direct Publishing** |

| | | |
|---|---|---|
| **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Amazon Photos** | **Prime Video Direct** | **Shopbop** |



**1 result**

Sort by: Featured ▾

**Delivery**

☐ All Prime

**Department**

Tools & Home Improvement

**Customer Reviews**

★★★★☆ & Up

**Deals & Discounts**

All Discounts

Today's Deals

**Condition**

New

**International Shipping**

☐ International Shipping Eligible

**Availability**

☐ Include Out of Stock

## Results

Check each product page for other buying options.



Previously viewed

### Outlet Extender Stick - Features USB-A, USB-C and 2 AC Outlets, Extends 22"-34", Rotates 180° Access Hard-to-...

4.3 ★★★★½ ▾ (346)

1K+ bought in past month

**Limited time deal**

$**37**⁹⁸  List: $49.99

Save 10% with brand promotion

FREE delivery **Mon, Feb 2** for Prime members

**Arrives with upcoming delivery**

Add to cart

## Need help?

Visit the help section or contact us

Sponsored ⓘ



Sponsored ⓘ

 **amazon** prime

**Secure checkout** ˅



## Delivering to ▓▓ Casesmile    Change

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Add delivery instructions

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Change

Use a gift card, voucher, or promo code

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

### Arriving Feb 2, 2026

If you order in the next 4 hours and 6 minutes

 Outlet Extender Stick - Features USB-A, USB-C and 2 AC Outlets, Extends 22"-34", Rotates 180° Access Hard-to-Reach Outlets, Wall Plug Power Socket Expander Nightstands, Sofa, Desks and More

**24% off** **Limited time deal**

**$37.98**

& FREE Returns ˅

Ships from Amazon.com

Sold by Casesmile

🗑 1 +

Add gift options

● **Monday, Feb 2**    FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                        $37.98
Shipping & handling:          $0.00
Estimated tax to be collected: $2.28
**Order total:**              **$40.26**

**Place your order**    **Order total: $40.26**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy



# Amazon prime

All ▾ | Search Amazon

🇺🇸 EN ▾ | Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | 🔵 Rufus | Same-Day Delivery | Amazon Haul | Medical Care ▾ | Amazon Basics | Books | Pharmacy | Today's Deals | Best Sellers

---

✅ **Order placed, thanks!**

Confirmation will be sent to your email.

**Shipping t** ▮ **Casesmile**, 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Monday, Feb. 2**
Estimated delivery

Review or edit your recent orders ›

### Inspired by your shopping trends



🔴 LIVE

Watch more on Amazon Live

**Featured now**
Beauty

---



Get a **$150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee

Learn more

---

## Consider these items

Page 1 of 2 ⋮



**NEBO SLYDE King 4K Work Flashlight | 4000 Lumens, 7 Light Modes, Magnetic Base, Rechargeable COB & LE...**
★★★★½ 4,993
$78⁹⁵
Get it as soon as **Thursday, Feb 12**
FREE Shipping by Amazon
Only 6 left in stock - order…

Add to cart

**Fenix HP35R 4000 Lumen USB-C Rechargeable Headlamp, with Spotlight, Floodlight an...**
★★★★½ 70
Amazon's Choice
$229⁹⁵
✓prime FREE Delivery **Saturday, Jan 31**

Add to cart

**DARKBEAM COB Floodlight Headlam Rechargeable with Light, 2000 Lumen Headlight - Car...**
★★★★☆ 1,094
$25⁹⁹
✓prime FREE Delivery **Saturday, Jan 31**

Add to cart

---

## Explore more items

⋮

Sponsored ⓘ

# Seller Display Name

# Haodsso Direct

# Seller ID

# A2FQDMEDEJY78E

Case 2:26-cv-00414-CB    Document 60-1    Filed 06/16/26    Page 27 of 34



Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets

ⓘ **Purchased another variation 1 time**
Last purchased Oct 28, 2025 | View item

# Electrical Outlet Extender Stick - Features USB-A, USB-C and 2 AC Outlets, Extends 22"-34", Rotates 180° Access Hard-to-Reach Outlets, Wall Plug Power Socket Expander Nightstands, Sofa, Desks and More

Visit the haodsso Store

4.4 ★★★★☆ (228)    |    Search this page

**1K+ bought** in past month

**-20%** $**39**⁹⁹

List Price: $49.99 ⓘ    |    Price history

Get $150 off instantly: Pay $0.00 upon approval for Prime Visa.

FREE Returns
Exclusive Prime price

[ Redeem ]  **Save 10%** with brand promotion

P1C0DCOJUJZG    Shop items ›

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

**Color: White**

| | |
|---|---|
| $80.99 | $39.99 |
| ~~$89.98~~ | ~~$49.99~~ |
| FREE Delivery **Monday** | FREE Delivery **Monday** |

| | |
|---|---|
| **Brand** | haodsso |
| **Color** | White |
| **Total Power Outlets** | 5 |
| **Voltage** | 120 Volts |
| **Special Feature** | Abrasion Resistant, Adjustable height body extedns from 16-35", Lightweight, Mountable, Scratch |

Click to see full view

### 🔆 Ask Rufus
( Can it be used with a power strip? )    ( Does it have surge protection? )
( Is it easy to rotate? )    ( Why you might like this )
( Compare with similar )    **Ask something else**

$**39**⁹⁹

FREE delivery **Monday, February 2** to Sewickley 15143 for Prime members. Order within **4 hrs 51 mins**
**Arrives with upcoming delivery**

**In Stock**

Quantity: 1 ▾

[ Add to cart ]

[ Buy Now ]

Ships from    **Amazon**
Sold by    **Haodsso Direct**
Returns    **FREE 30-day refund/replacement**
Gift options    Available at checkout

˅ See more

**Add a Protection Plan:**
☐ 2-Year Protection Plan for $3.99
☐ 3-Year Protection Plan for $5.99
☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Save this item**
[ Add to List ]

Electrical Outlet Extender Stick F...
4.4    17
$**49**⁹⁹

Sponsored ⓘ

1/28/26, 7:24 PM
Amazon.com: Electrical Outlet Extender Stick - Features USB-A, USB-C and 2 AC Outlets, Extends 22-34", Rotates 180° Access ...
Case 2:26-cv-00414-CB   Document 60-1   Filed 06/16/26   Page 28 of 34



Electrical Outlet Extender Stick-Extension...  $49⁹⁹   Shop now
4.8      39
Sponsored ⓘ

Tools & Home Improvement › Electrical › Cords, Adapters & Multi-Outlets › Adapters & Multi-Outlets › Multi-Outlets

ⓘ **Purchased other variations 2 times**
Last purchased Jan 28, 2026 | Color: **White** | View item



Click to see full view

🔶 Ask Rufus

Can this outlet extender be used with a power strip?

Does it have surge protection?   Is it easy to rotate the extender?

Why you might like this   Compare with similar

Ask something else

# Electrical Outlet Extender Stick - Features USB-A, USB-C and 2 AC Outlets, Extends 22"-34", Rotates 180° Access Hard-to-Reach Outlets, Wall Plug Power Socket Expander Nightstands, Sofa, Desks and More

Visit the haodsso Store

4.4 ★★★★½ ∨ (228)   | Search this page

-10% $80⁹⁹

List Price: $89.98 ⓘ   | Price history

Or $20²⁵ /2 weeks (x4). Select from 2 plans

**Earn 5% back with Prime Store Card.** That would've been **$395.64 in rewards** last year. Plus, get a $10 Gift Card upon approval.

FREE Returns ∨

Exclusive Prime price

Redeem   Save 10% with brand promotion

P1C0DCOJUJZG   Shop items ›

Shopping for work? Save 50% up to $50 on your Amazon Business orders. Sign up for a free business account.

Color: **Off White**



$80.99   $39.99
$89.98   $49.99
FREE Delivery   FREE Delivery
Monday   Monday

| Brand | haodsso |
|---|---|
| Color | Off White |
| Total Power Outlets | 5 |
| Voltage | 120 Volts |
| Special Feature | Abrasion Resistant, Adjustable height body extedns from 16-35", Lightweight, Mountable, Scratch |

$80⁹⁹

FREE delivery **Monday, February 2** to Sewickley 15143 for Prime members. Order within **4 hrs 37 mins**
**Arrives with upcoming delivery**

In Stock

Quantity: 1 ∨

Add to cart

Buy Now

Ships from   Amazon
Sold by   Haodsso Direct
Returns   FREE 30-day refund/replacement
Support   Product support included

∨ See more

Save this item

Add to List



Outlet Extender Stick - Features...
4.6      62
$49⁹⁹

Sponsored ⓘ





**TOOL-FREE INSTALLATION**



**MULTIPLE PLUGS**
DELTA JACKS + USB + TYPE-C

1. MULTI-DEVICE CHARGING, SIMULTANEOUSLY POWERED
2. PHONES, TABLETS, LAPTOPS, APPLIANCES-ALL SUPPORTED
3. NO ADAPTERS NEEDED, EFFORTLESS EFFICIENCY





**180° ROTATING PLUG**
Adjust Angles Instantly to Avoid Obstacles



**FLEXIBLE EXTENSION**

23*2.36*1.97in     AFTER EXTENSION     34.72*2.36*1.97in



**TAME YOUR CABLE CHAOS**

Amazon.com Seller Profile: Haodsso Direct

# Haodsso Direct

**Visit the Haodsso Direct storefront**

★★★★★ | **100% positive** in the last 12 months (28 ratings)

**Electrical Outlet Extender Stick - ...**

$39⁹⁹

[ Add to cart ]

---

## About Seller

Haodsso Direct is committed to providing each customer with the highest standard of customer service.

**Have a question for Haodsso Direct?**

[ Ask a question ]

---

## Reviews

★★★★★  4.9 out of 5
28 ratings

| 12 months ∨ |

| 5 star | 89% |
| 4 star | 11% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon ∨

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

| All stars ∨ |

28 total ratings, 28 with feedback for 12 months ⓘ

★★★★★  "It's great for older people thatcan't bend over very well without getting dizzy. But it's perfect for elderly. Thank you."

By Dannie Wagoner on January 28, 2026.

★★★★★  "Arrived on time and as described! Thank you! I am happy with the product and plan to buy another for thr office! Game changer with plugs and furniture!"

By Denise on January 23, 2026.

★★★★★  "Prompt shipping and delivery."

By Hawraa Nagi on January 22, 2026.

★★★★★  "Excelente servicio"

By Manuel Burgos on January 19, 2026.

★★★★★  "Having the Velcro tape in the box is key."

By True Music Lover on December 30, 2025.

Previous  Next

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** guangzhoukaizichenkejiyouxiangongsi
**Business Address:**
  白云区同和街
  同沙路283号之二2009铺Y2767
  广州市
  广东省

ﾏ 东省
510000
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Information about the FTC Prime settlement
Registry & Gift List
Help



amazon | 🌐 English ⇕ | 🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| Goodreads | **IMDb** Movies, TV & Celebrities | IMDbPro | **Kindle Direct Publishing** | Amazon Photos | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |



**2 results**

Sort by: Featured ⌄

**Delivery**

☐ All Prime

**Department**

Automotive

Tools & Home Improvement

**Customer Reviews**

★★★★☆ & Up

**Deals & Discounts**

All Discounts

Today's Deals

**Condition**

New

**International Shipping**

☐ International Shipping Eligible

**Availability**

☐ Include Out of Stock

Sponsored ⓘ

## Results

Check each product page for other buying options.



Previously viewed

**Electrical Outlet Extender Stick - Features USB-A, USB-C and 2 AC Outlets, Extends 22"-34", Rotates 180° Access...**

4.4 ★★★★☆ ⌄ (228)

1K+ bought in past month

$**39**⁹⁹ List Price: $49.99

Save 10% with brand promotion

FREE delivery **Mon, Feb 2** for Prime members

**Arrives with upcoming delivery**

Add to cart



Amazon's Choice

**Floor Mats for New 2025-2026 Tesla Model Y Juniper, Set of 6 All Weather Thicken TPE Floor Mats Waterproof Ant...**

4.2 ★★★★☆ ⌄ (68)

300+ bought in past month

$**58**⁴⁹ List: $69.99

☐ Coupon price $42⁴⁹

FREE delivery **Mon, Feb 2** for Prime members

**Arrives with upcoming delivery**

Add to cart

## Need help?

Visit the help section or contact us

Sponsored ⓘ

 

## Secure checkout ⌄



**Delivering t** ▓▓ **Haodsso Direct**                    Change

409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

Add delivery instructions

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    Change

Use a gift card, voucher, or promo code

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

### Arriving Feb 2, 2026

If you order in the next 4 hours and 40 minutes



Electrical Outlet Extender Stick - Features USB-A, USB-C and 2 AC Outlets, Extends 22"-34", Rotates 180° Access Hard-to-Reach Outlets, Wall Plug Power Socket Expander Nightstands, Sofa, Desks and More

**$39.99**

& FREE Returns ⌄

Exclusive Prime price

Ships from Amazon.com

Sold by Haodsso Direct

🗑 1 +

Add gift options

⦿ **Monday, Feb 2**                FREE

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $2.40 |
| **Order total:** | **$42.39** |

---

**Place your order**    **Order total: $42.39**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart





## Order placed, thanks!

Confirmation will be sent to your email.

**Shipping t** ▮ **Haodsso Direct,** 409 BROAD ST STE 260, SEWICKLEY, PA, 15143-1558, United States

**Monday, Feb. 2**
Estimated delivery

Review or edit your recent orders ›

### Inspired by your shopping trends

0:34

This outlet is fantastic if you a has

EZ Outlet
$49⁸⁸ $5

Ad

Watch more on Amazon Live



**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee

Learn more

## Consider these items

Page 1 of 5 ⋮



Wowangce 12 Pack 17 Inch Adjustable Extension Cord Holder Organizer with Triangle Clips for Garage Organization an…

★★★★½ 639

$13⁹⁹

✓prime FREE Delivery **Saturday, Jan 31**

Add to cart

30-Pack Magnetic Cable Clips Cord Organizer,Cable Straps Smooth Adjustable,Rocoren Cab…

★★★★½ 150

-27% $21⁹⁹
List: $29.99

Get it as soon as **Tuesday, Feb 3**

Add to cart

3 Pack 65W GaN Ty Wall Charger Block Fast Charging Bloc USB C Plug Adapte Plug Compatible w

★★★★½ 206

-25% $26⁹⁹
($9.00/count)
List: $35.99

✓prime FREE Delivery **Saturday, Jan 31**

Add to cart

## Items you may like

⋮