**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

TOKA, LLC,

Plaintiff,

v.

MILESSTORE, et al.,

Defendants.

_____/

Civil Action No. 2:25-cv-00593-CB
Chief Judge Cathy Bissoon

**DECLARATION OF JIANYIN LIU IN SUPPORT OF DEFENDANT PAEWOK'S**
**OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Jianyin Liu, Esq., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney duly licensed to practice law in the State of Florida (Florida Bar No. 1007675) and am admitted *pro hac vice* in this Court. I am the principal of The Law Offices of James Liu PLLC and represent Defendant PAEWOK (also referred to as KAEWOK in certain filings) in this action. I have personal knowledge of the facts stated herein.

2. On or around June 6, 2026, my client PAEWOK shipped to my office physical samples of the accused outlet extender products that are the subject of Plaintiff's Motion for Preliminary Injunction.

3. Upon receipt of the products, I personally inspected them and took all of the photographs of the accused products and their packaging that are attached as exhibits to Defendant PAEWOK's

Page 1 of 3

Response in Opposition to Plaintiff's Motion for Preliminary Injunction (or will be submitted in support thereof).

4. The photographs I took accurately and fairly depict the accused products and their packaging as they were received. The products themselves prominently bear the trademark PAEWOK. The original packaging and shipping materials in which the products arrived also bear the mark PAEWOK.

5. I took the photographs using standard photographic equipment in my office to document the actual appearance, features, markings, and overall configuration of the products sold by PAEWOK. No alterations, modifications, or enhancements were made to the products or the images.

6. I submit this Declaration to authenticate the photographs and to confirm that the images accurately reflect the accused products sold by my client PAEWOK.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of June, 2026, in Palmetto Bay, Florida.

/s/ Jianyin Liu
Jianyin Liu, Esq.
Florida Bar No. 1007675
The Law Offices of James Liu PLLC
9000 SW 157th St
Palmetto Bay, FL 33157
Tel: (305) 209-6188
Email: jamesliulaw@gmail.com

Page 2 of 3

Counsel for Defendant PAEWOK