**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

TOKA, LLC,

Plaintiff,

v.

MILESSTORE, et al.,

Defendants.

_____/

Civil Action No. 2:25-cv-00593-CB
Chief Judge Cathy Bissoon

**DECLARATION IN SUPPORT OF DEFENDANT KAEWOK'S RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION**

I, _Qing, Yanhui_____, declare as follows:

1. I am the Authorized Corporate Representative of Defendant KAEWOK ("KAEWOK" or "Defendant"). I am over the age of eighteen and competent to testify. I make this declaration based upon my personal knowledge and my review of KAEWOK's business records. If called as a witness, I could and would testify competently to the facts stated herein.

2. KAEWOK sells various consumer electronics products, including wall outlet extenders, through online marketplaces.

3. On or about June 3, 2026, KAEWOK shipped one or more samples of its accused wall outlet extender product (the "KAEWOK Product") directly to Jianyin Liu, Esq., counsel for KAEWOK, at his request for use in this litigation. The product shipped is the same as the product KAEWOK offers for sale.

4. I have personally reviewed the photographs of the KAEWOK Product used in the Response in Opposition to Plaintiff's Motion for Preliminary Injunction (including but not limited to the images appearing in Figures 5 and 6 of that Response) and the photographs taken by counsel.

Page 1 of 3

These photographs are true and accurate depictions of the KAEWOK Product that KAEWOK shipped to Mr. Liu. The photographs have not been altered or enhanced in any manner that would misrepresent the physical appearance or features of the product.

5. The KAEWOK Product is a rigid, fixed-connection telescoping wall outlet extender. Specifically:

a. The plug end is rigidly and fixedly connected to the first (internal) telescoping shaft using a fixed male-female (protruding-recessed) joint. The plug end and the internal shaft form a single rigid assembly. There is no hinge, swivel, bearing, or other mechanism that permits the plug end to rotate relative to the extendable shaft.

b. The KAEWOK Product does not include any bend collar or other flexible structure adjacent to the plug end. The connection between the plug end and the internal shaft is entirely rigid, providing no flexibility in the extendable shaft adjacent to the plug end.

c. The KAEWOK Product lacks the first cap or related structure (element 270 in Plaintiff's U.S. Patent No. 12,155,158) that integrates a bend collar and cord portion with the shaft in the manner claimed in the '158 patent.

d. The overall construction of the KAEWOK Product is a rigid, fixed-connection telescoping assembly.

6. The statements regarding the structural features of the KAEWOK Product set forth in Sections III(B)(1) and the accompanying figures of KAEWOK's Response in Opposition to Plaintiff's Motion for Preliminary Injunction are true and correct.

7. I have reviewed the product samples and the engineering descriptions provided to counsel and confirm that they accurately reflect the design and construction of the KAEWOK Product sold by KAEWOK.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 10, 2026, in China.

*Qing, Yanhui*

Full Name: Qing,Yanhui
Authorized Representative of KAEWOK
[Address of Company]  Room 2403, Building B, Kelly International Center, Shoufeng Street, Zhengdong, Zhengzhou Pilot Free Trade Zone, Henan Province
[Email]  xyx20110812@163.com
[Phone]  15886311817