# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TOKA, LLC,

    *Plaintiff,*

                    v.

SCHEDULE A DEFENDANTS,

    *Defendants.*

FILED

JUN 29 2026

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Case No. 2:26-cv-00414-CB

Chief Judge Cathy Bissoon

## DEFENDANT ANPOOL'S MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION AND DISMISS THE COMPLAINT

Defendant ANPOOL, appearing pro se, respectfully moves this Court for an order (a) dismissing the Complaint with prejudice as to Defendant ANPOOL for failure to state a Lanham Act false advertising claim, or in the alternative, (b) dissolving the Preliminary Injunction entered against Defendant in the Court's Order of June 23, 2026 (Doc. 95), and (c) permitting Defendant to resume selling the 445 units of Product currently held in Amazon FBA inventory. In support of this Motion, Defendant submits the accompanying Memorandum of Points and Authorities and Declaration of Defendant.

**Dated: June 25, 2026**

Respectfully submitted,

Yangyu Pi (Anpool, Amazon Seller ID: A2HVQ44OHVMJSQ), Pro Se

Email: anpool.one@gmail.com

Hong Kong, China