**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

TOKA, LLC,

*Plaintiff,*

v.

SCHEDULE A DEFENDANTS,

*Defendants.*

Civil Action No. 26-cv-414

Chief Judge Cathy Bissoon

**DEFENDANT OLCORIFE'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**

Defendant Guangzhou Hongzhu Information Technology Co., Ltd. d/b/a Olcorife ("Olcorife"), identified as Defendant No. 52 on Schedule A, by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 55(c), for an Order (i) setting aside the Clerk's Entry of Default entered against Olcorife on July 10, 2026 (ECF No. 113), and (ii) extending Olcorife's time to answer the Complaint.

In support of this Motion, Defendant files: (1) Memorandum in support of defendant olcorife's motion to set aside clerk's entry of default, (2) Proposed Order of Court.

Dated: July 18, 2026

Respectfully submitted,

Xiaofu Huang (Pro Hac Vice*)*
NY Attorney Registration #5460555
DELTA IP LAW PLLC
20F Street NW, Suite 700,
Washington DC, 20001
Telephone: 213-887-0265
Email: floria@deltaiplaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2026, I caused a true and correct copy of the foregoing pleading to be filed electronically with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all attorneys of record.

*/s/ Xiaofu Huang*
Xiaofu Huang