**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

TOKA, LLC,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

**No. 2:26-cv-00414-CB**

**DEFENDANT MOOYE'S STATUS REPORT REGARDING THE PENDING MOTION FOR PRELIMINARY INJUNCTION**

Defendant Mooye (Defendant No. 1 listed on Schedule A), by and through undersigned counsel, respectfully submits this Status Report to apprise the Court of the current procedural posture of Plaintiff's Motion for Preliminary Injunction (Dkt. 77) as it relates to Mooye, the ongoing practical consequences of the restraint currently in effect, and to respectfully request the Court's guidance regarding further proceedings, as set forth below.

1. On May 27, 2026, the Court entered a Temporary Restraining Order (Dkt. 23) that, among other things, froze the entirety of Mooye's Amazon-derived funds, restrained Mooye's Amazon storefront, and exposed Mooye's inventory to seizure, all secured by a single $5,000 bond shared among 136 named defendants.
2. Mooye filed its Brief in Opposition to Plaintiff's Motion for Preliminary Injunction on June 16, 2026. Dkt. 54.
3. On June 22, 2026, the Court held a hearing on Plaintiff's Motion for Preliminary Injunction. Following the hearing, the Court ordered: "The Court holds in abeyance its

ruling on Plaintiff's [Dkt.] 77 MOTION for Preliminary Injunction as to [Mooye]. The Court welcomes supplemental briefing and evidence with respect to the scope of the preliminary injunction sought and any additional information regarding advertisements of these Defendants' products. All supplemental filings must be submitted on or before 7/2/2026." Dkt. 94.

4. Consistent with the Court's June 23, 2026 Order, Mooye timely filed its Supplemental Brief in Opposition to Plaintiff's Motion for Preliminary Injunction on July 2, 2026. Dkt. 104.

5. Also on July 2, 2026, rather than submitting any supplemental filing, Plaintiff moved to extend the deadline for submission of additional materials. Dkt. 105. Over Defendants' objection, the Court granted an extension, setting a new deadline of July 16, 2026, for any supplemental filings.

6. Plaintiff did not submit any supplemental filing by July 16, 2026, or at any point thereafter. Accordingly, since July 2, 2026, the matter has seen no further activity bearing on the resolution of the pending motion, and the freeze on Mooye's funds, storefront, and inventory has continued without interruption throughout this period.

7. This restraint continues to cause ongoing, concrete harm to Mooye. As set forth in the Declaration of Wenqi Yao, "Amazon is Mooye's exclusive sales channel in the U.S. Mooye has no other platform through which to generate revenue," and continued delisting exposes Mooye to "destruction of inventory, loss of marketplace position, diminished goodwill, loss of reputation, risk of account termination," the cumulative effect of which "may eventually result in the collapse of Mooye's business and lead to bankruptcy." Dkt. 54-1 ¶ 5. The TRO has been in effect for approximately three months,

during which time Mooye has fallen into severe financial distress and is now nearing a point where its continued viability is in jeopardy.

8. Both Plaintiff and Mooye have expressed a strong interest in settlement. The ruling on the Motion for Preliminary Injunction will provide a foundation for, and facilitate, any further settlement discussions.

Mooye recognizes that the Court manages an extensive docket and does not suggest that the current posture reflects anything other than the ordinary course of the Court's review. In light of the continuing and escalating harm described herein, Mooye respectfully requests that the Court consider the pending Motion for Preliminary Injunction at its earliest convenience, or, alternatively, provide such further guidance as the Court deems appropriate regarding further proceedings while the motion remains pending.

DATED: August 27, 2026

Respectfully submitted,

By:

/s/ Hongchang Deng

Hongchang Deng *(pro hac vice)*
CA Bar No. 354529
LawMay P.C.
2108 N St., Ste. 9124
Sacramento, CA 95816
M: 267-888-8281
rdeng@lawmayus.com

*Attorney for Defendant Mooye*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all counsel of record.

Dated: August 27, 2026

*/s/ Hongchang Deng*
Hongchang Deng